B1 (Official Form 1) (12/11)

| United States Bankruptcy Court<br>**Southern District of New York** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**ROMANOFF, ROBERT, S.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all):<br>**5222** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**76 DAVIS AVENUE**<br>**RYE, NEW YORK**<br>ZIP CODE **10580** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**NEW YORK** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**302A WEST 12TH STREET**<br>**SUITE 118**<br>**NEW YORK, NEW YORK**<br>ZIP CODE **10014** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☑ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)
  _____

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Nature of Debts**
(Check one box)

- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (12/11)                                                                                                              FORM B1, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **ROBERT S. ROMANOFF** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed:   **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:   **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | **X**  /s/ A. Mitchell Greene                    11/20/2013 |
| | Signature of Attorney for Debtor(s)             Date **A. MITCHELL GREENE** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? ☐   Yes, and Exhibit C is attached and made a part of this petition. ☑   No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) ☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition. If this is a joint petition: ☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box) |
|---|
| ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes.) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following). |
| _____ (Name of landlord that obtained judgment) |
| _____ (Address of landlord) |
| ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

**B1 (Official Form 1) (12/11)** | **FORM B1, Page 3**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**ROBERT S. ROMANOFF** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐  I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X  *Robert Romanoff*<br>Signature of Debtor    **ROBERT S. ROMANOFF**<br><br>X  **Not Applicable**<br>Signature of Joint Debtor<br><br>Telephone Number (If not represented by attorney)<br><br>11/19/13<br>Date | X  **Not Applicable**<br>(Signature of Foreign Representative)<br><br><br>(Printed Name of Foreign Representative)<br><br><br>Date |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X  /s/ A. Mitchell Greene<br>Signature of Attorney for Debtor(s)<br><br>**A. MITCHELL GREENE  Bar No.**<br>Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**ROBINSON BROG LEINWAND GREENE ET AL.**<br>Firm Name<br><br>**875 THIRD AVENUE 9TH FLOOR**<br>Address<br><br>**NEW YORK, NY  10022**<br><br>**212-603-6300**<br>Telephone Number<br><br>11/20/2013<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>**Not Applicable**<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address<br><br>X  **Not Applicable**<br>Date<br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X  **Not Applicable**<br>Signature of Authorized Individual<br><br>Printed Name of Authorized Individual<br><br>Title of Authorized Individual<br><br>Date | |

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re  **ROBERT S. ROMANOFF**                                      Case No. _____
_____
Debtor                                                                *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

_____

_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**B 1D (Official Form 1, Exh. D) (12/09) – Cont.**

❏  4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❏  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❏  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❏  Active military duty in a military combat zone.

❏  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   /s/ Robert R. Romanoff
                               **ROBERT S. ROMANOFF**

Date:   11/20/2013

Certificate Number: 06531-NYS-CC-022272671



06531-NYS-CC-022272671

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>November 18, 2013</u>, at <u>7:37</u> o'clock <u>AM CST</u>, <u>Robert Romanoff</u> received from <u>Allen Credit and Debt Counseling Agency</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Southern District of New York</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date:   <u>November 18, 2013</u>          By:     <u>/s/Mavis Auch</u>

                                        Name:  <u>Mavis Auch</u>

                                        Title:   <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re:                                                    Chapter 11

**ROBERT ROMANOFF,**

                                                          Case No.: 13

Debtor.
--------------------------------------------------------X

## DECLARATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

    **Robert Romanoff**, affirms as follows:

1.    I am the debtor in possession herein (the "Debtor"). I am fully familiar with the facts set forth herein, and am authorized to make this Affirmation on behalf of the Debtor.

2.    I am currently work as an independent contractor for Absolute ElectricAL Contracting of NY, Inc., with the title Chief Financial Officer.

3.    No pre-petition committee was organized prior to the Order for relief.

4.    The Debtor's Secured Creditors are listed on the annexed Schedule D.

5.    The names and addresses of the twenty largest unsecured creditors, excluding insiders, is annexed to this Declaration.

6.    A list of pending suits by or against me is annexed to this Declaration.

7    The purpose of filing this petition is to preserve the assets of the Debtor for the benefit of the creditors and equity holders, and to preserve priorities of creditors.

8.    My list of income and expenses is annexed as Schedules I and J to this petition

9.    The Debtor's financial difficulties were caused by, among other things, litigation with Delshah Capital, LLC (and its affiliates) Sheryl Romanoff, and Gerald

{00650884.DOC;1 }

Romanoff. A judgment as entered against me by a Delshah Capital, LLC affiliate 55 Gans

Lender, LLC for approximately $424,194.42, which is under appeal, and a Sheriff's sale of

my home in Rye, New York was imminent.

10.    The Debtor has made no public offering of its securities and no securities

issued by the Debtor are publicly held.

Dated: New York, New York
       November 20, 2013

By: _____

**ROBERT ROMANOFF**

List of Pending Lawsuits

Speyer & Perlberg LLP v. Robert Romanoff, Suffolk County Supreme Court, Index No. 15526/2012

Robert Romanoff v. Gerald Romanoff, , New York County Supreme Court, Index No. 650152/2011

55 Gans Judgment, LLC v. Gerald Romanoff, et. al., New York County Supreme Court, Index No. 106008/2011

Robert Romanoff, et. al. v. Griffon Gansecoort Holdings LLC, et. al., New York County Supreme Court, Index No. 652705/2012

55 Gans Lender LLC v. GHC NY Corp., et. al., New York County Supreme Court, Index No. 850024/2011

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
## Southern District of New York

In re  **ROBERT S. ROMANOFF**

             Debtor

Case No. _____

Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **INTERNAL REVENUE SERVICE**<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19114 | | | UNLIQUIDATED | $85,000.00 |
| **CITICARDS**<br>P.O. BOX 83113<br>COLUMBUS, OH 43218 | | | UNLIQUIDATED | $43,929.24 |
| **CITIBARDS**<br>P.O. BOX 183113<br>COLUMBUS, OH 43218 | | | UNLIQUIDATED | $25,327.64 |
| **CHASE**<br>P.O. BOX 15123<br>WILMINGTON, DE 19850 | | | UNLIQUIDATED | $20,155.67 |
| **HSBC**<br>P.O. BOX 4657<br>CAROL STREAM IL 60197 | | | UNLIQUIDATED | $21,319.00 |
| **HSBC**<br>P.O. BOX 4657<br>CAROL STREAM, IL 60197 | | | UNLIQUIDATED | $25,024.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **ROBERT S. ROMANOFF**                                           ,   Case No. _____
                                        Debtor                             Chapter    **11**    _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| **CAR COLLECTOR GARAGE**<br>**341 RAILROAD AVENUE**<br>**BEDFORD HILLS, NY 10507** | | | | $3,550.00 |
| **PRUDENTIAL LIFE INSURANCE CO**<br>**P.O. BOX 41594**<br>**PHILADELPHIA, PA 19176** | | | | $14,385.00 |
| **PARACO GAS**<br>**14 BAYVIEW ROAD**<br>**COURTLAND MANOR, NY 10567** | | | UNLIQUIDATED<br>DISPUTED | $1,723.24 |
| **MASS MUTUAL**<br>**P.O. BOX 371368**<br>**PITTSBURGH, PA 15250** | | | | $10,517.00 |
| **ROSENBERG & ESTIS P.C.**<br>**733 3RD AVENUE**<br>**NEW YORK, NEW YORK 10017** | | | DISPUTED | $73,815.50 |
| **JAMES PETERSON & L. LEVINE**<br>**76 DAVIS AVENUE**<br>**RYE, NEW YORK 10580** | | | | $15,000.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **ROBERT S. ROMANOFF**_____ , Case No. _____

                        Debtor                                    Chapter  **11**_____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| **GOLDBERG & RIMBERG PLLC**<br>**115 BROADWAY**<br>**SUITE 302**<br>**NEW YORK, NY 10006** | | | **DISPUTED** | **$215,000.00** |
| **MARC SCHER**<br>**644 BUENA VISTA WAY**<br>**LAGUNA BEACH, CA 92651** | | | | **$75,000.00** |
| **BORAH GOLDSTEIN**<br>**377 BROADWAY**<br>**NEW YORK, NEW YORK 10013** | | | | **$30,000.00** |

## DECLARATION UNDER PENALTY OF PERJURY

I, **ROBERT S. ROMANOFF**, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: ____11/19/13____                Signature: _____

                                    **ROBERT S. ROMANOFF**_____
                                    (Print Name of Debtor)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re  **ROBERT S. ROMANOFF**

                                    Debtor

Case No. _____

Chapter  **11**  _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 1,700,000.00 | | |
| B - Personal Property | YES | 4 | $ 1,753,747.00 | | |
| C - Property Claimed as Exempt | YES | 0 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $ 1,747,727.42 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 85,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 3 | | $ 574,746.29 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $ 43,998.01 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 38,390.06 |
| TOTAL | | 17 | $ 3,453,747.00 | $ 2,407,473.71 | |

B6A (Official Form 6A) (12/07)

In re:  **ROBERT S. ROMANOFF** _____    Case No. _____
                                    **Debtor**                                                                    (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **REAL PROPERTY AND IMPROVEMENTS LOCATED AT  76 DAVIS AVENUE RYE, NY 10580**<br><br>**VALUE IS ESTIMATED AND SUBJECT TO APPRAISAL BY A COURT OF COMPETENT JURISDICTION** | **Fee Owner** | | **$1,700,000.00** | **$1,477,727.42** |

Total  ➤  $1,700,000.00

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re    **ROBERT S. ROMANOFF** _____,        Case No. _____
                              Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **DEUTSCHE BANK ACCOUNTS, 1 PICKWICK PLAZA, GREENWICH CONNECTICUT** **\*5XG-230272 ALTERNATIVE INVESTMENT ACCOUNT** **\*5XG-022752 CASH ACCOUNT** **VALUE IS ESTIMATED AND SUBJECT TO APPRAISAL BY A COURT OF COMPETENT JURISDICTION** | | 30,892.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **INSURENT AGENCY CORP. SECURITY DEPOSIT** | | 25,200.00 |
| Security deposits with public utilities, telephone companies, landlords, and others. | | **LANDLORD SECURITY DEPOSIT WITH 1 EAST RIVER PLACE REALTY CO., LLC** | | 8,400.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **VARIOUS GOODS AND FURNISHINGS** **VALUE IS ESTIMATED AND SUBJECT TO APPRAISAL BY A COURT OF COMPETENT JURISDICTION** | | 25,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **ART COLLECTION** **VALUE IS ESTIMATED AND SUBJECT TO APPRAISAL BY A COURT OF COMPETENT JURISDICTION** | | 650,000.00 |
| 6. Wearing apparel. | | **INSURANCE CLAIM AS TENANT OF 55 GANSEVOORT STREET FOR WATER LEAK** **VALUE IS ESTIMATED AND SUBJECT TO APPRAISAL BY A COURT OF COMPETENT JURISDICTION** | | 63,592.00 |
| Wearing apparel. | | **MISCELLANEOUS APPAREL** **VALUE IS ESTIMATED AND SUBJECT TO APPRAISAL BY A COURT OF COMPETENT JURISDICTION** | | 0.00 |
| 7. Furs and jewelry. | | **MISCELLENOUS JEWELRY** **VALUE IS ESTIMATED AND SUBJECT TO APPRAISAL BY A COURT OF COMPETENT JURISDICTION** | | 1,000.00 |
| | | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **ROBERT S. ROMANOFF**_____,        Case No. _____
                                  Debtor                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | | **MISCELLANEOUS HOBBY EQUIPMENT**<br><br>**VALUE IS ESTIMATED AND SUBJECT TO APPRAISAL BY A COURT OF COMPETENT JURISDICTION** | | **1,000.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **VARIOUS LIFE INSURANCE POLICIES** | | **11,167.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **PENDING LITIGATIONS AGAINST GERALD ROMANOFF, SHERYL ROMANOFF, MICHAEL ZIMMERMAN, MICHAEL SHAH, DELSHAH CAPITAL, AND RELATED ENTITIES**<br><br>**VALUE IS UNKNOWN AND SUBJECT TO APPRAISAL BY A COURT OF COMPETENT JURISDICTION** | | **0.00** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  __ROBERT S. ROMANOFF_____,          Case No. _____

                                    Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 FERRARI BARCHETTA AND 1976 CADILLAC** **VALUE IS ESTIMATED AND SUBJECT TO APPRAISAL BY A COURT OF COMPETENT JURISDICTION** | | **130,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **RESTAURANT EQUIPMENT LOCATED AT 55 GANSEVOORT STREET, NEW YORK, NEW YORK** **VALUE IS ESTIMATED AND SUBJECT TO APPRAISAL BY A COURT OF COMPETENT JURISDICTION** | | **300,000.00** |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | **DEUTSCHE BANK PRIVATE EQUITY SELECT FUND (US)** **VALUE IS ESTIMATED AND SUBJECT TO APPRAISAL BY A COURT OF COMPETENT JURISDICTION** | | **507,496.00** |
| Other personal property of any kind not already listed.  Itemize. | | **SOLE BENEFICIARY OF THE SHERYL ROMANOFF IRREVOCABLE GRANTOR TRUST** **VALUE IS UNKNOWN AND SUBJECT TO APPRAISAL BY A COURT OF COMPETENT JURISDICTION** | | **0.00** |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **ROBERT S. ROMANOFF** _____,        Case No. _____
                        **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | _3_  continuation sheets attached | Total ► | **$1,753,747.00** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re    **ROBERT S. ROMANOFF**                                                    ,    Case No. _____
                                                    Debtor                                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **2001 FERRARI BARCHETTA AND 1976 CADILLAC**<br><br>**VALUE IS ESTIMATED AND SUBJECT TO APPRAISAL BY A COURT OF COMPETENT JURISDICTION** | **Debt. & Cred. Law § 282** | **4,000.00** | **130,000.00** |
| **ART COLLECTION**<br><br>**VALUE IS ESTIMATED AND SUBJECT TO APPRAISAL BY A COURT OF COMPETENT JURISDICTION** | **CPLR § 5205(a)(6)** | **1,000.00** | **650,000.00** |
| **LANDLORD SECURITY DEPOSIT WITH 1 EAST RIVER PLACE REALTY CO., LLC** | **CPLR § 5205(g)** | **0.00** | **8,400.00** |
| **MISCELLENOUS JEWELRY**<br><br>**VALUE IS ESTIMATED AND SUBJECT TO APPRAISAL BY A COURT OF COMPETENT JURISDICTION** | **CPLR § 5205(a)(6)** | **0.00** | **1,000.00** |
| **REAL PROPERTY AND IMPROVEMENTS LOCATED AT 76 DAVIS AVENUE RYE, NY 10580**<br><br>**VALUE IS ESTIMATED AND SUBJECT TO APPRAISAL BY A COURT OF COMPETENT JURISDICTION** | **CPLR § 5206** | **150,000.00** | **1,700,000.00** |
| **VARIOUS GOODS AND FURNISHINGS**<br><br>**VALUE IS ESTIMATED AND SUBJECT TO APPRAISAL BY A COURT OF COMPETENT JURISDICTION** | **CPLR §5205(a)(4)** | **0.00** | **25,000.00** |
| **VARIOUS LIFE INSURANCE POLICIES** | **CPLR § 5205(i)**<br><br>**Ins. Law § 3212, CPLR § 5205(i)** | **0.00**<br><br>**0.00** | **11,167.00** |

B6C (Official Form 6C) (4/10) - Cont.

In re   **ROMANOFF**                                                                            Case No. _____

Debtors                                                                                              (If known)

Form B6C  Cont'd (4/10)  UNITED STATES BANKRUPTCY COURT – SOUTHERN DISTRICT OF NEW YORK

| Debtor(s):  **ROMANOFF** | Case No.:<br>(If known) |
|---|---|

Form B6C - (4/10)                                                                2010 USBC, Central District of California

| In re   **ROMANOFF**                          Debtors | Case No.:<br>(If known) |
|---|---|

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW<br>PROVIDING EACH<br>EXEMPTION | VALUE OF<br>CLAIMED<br>EXEMPTION | CURRENT<br>VALUE OF PROPERTY<br>WITHOUT DEDUCTING<br>EXEMPTION |
|---|---|---|---|

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

In re **ROBERT S. ROMANOFF** _____,    Case No. _____
                       **Debtor**                                             **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**55 GANS LENDER LLC**<br>**114 EAST 13TH STREET**<br>**FRONT 1**<br>**NEW YORK, NEW YORK 10013**<br><br>**DELSHAH CAPITAL**<br>**149 MADISON AVENUE**<br>**NEW YORK, NY 10016**<br><br>**DAMON & MOREY LLP**<br>**AVANT BUILDING**<br>**SUITE 1200**<br>**200 DELAWARE AVENUE**<br>**BUFFALO, NY 14202** | | | **REAL PROPERTY AND IMPROVEMENTS LOCATED AT 76 DAVIS AVENUE RYE, NY 10580**<br><br>**VALUE IS ESTIMATED AND SUBJECT TO APPRAISAL BY A COURT OF COMPETENT JURISDICTION**<br>————————————<br>**VALUE $1,700,000.00** | | | X | 424,194.42 | 0.00 |
| ACCOUNT NO.<br><br>**AF FUNDING**<br>**41 EAST 57TH STREET**<br>**SUITE 702**<br>**NEW YORK, NY 10021** | | | **ART COLLECTION**<br><br>**VALUE IS ESTIMATED AND SUBJECT TO APPRAISAL BY A COURT OF COMPETENT JURISDICTION**<br>————————————<br>**VALUE $650,000.00** | | | X | 270,000.00 | 0.00 |

1    continuation sheets attached

Subtotal ➢
(Total of this page)

| | |
|---|---|
| $  694,194.42 | $  0.00 |

Total ➢
(Use only on last page)

| | |
|---|---|
| $ | $ |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **ROBERT S. ROMANOFF** _____ ,    Case No. _____

_____    _____
Debtor                                                                 (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HSBC<br>P.O. BOX 5443<br>MT. LAUREL, NJ 08054 | | | REAL PROPERTY AND IMPROVEMENTS LOCATED AT 76 DAVIS AVENUE RYE, NY 10580<br><br>VALUE IS ESTIMATED AND SUBJECT TO APPRAISAL BY A COURT OF COMPETENT JURISDICTION<br><br>_____<br>VALUE $1,700,000.00 | | X | | 432,468.00 | 0.00 |
| ACCOUNT NO.<br><br>HSBC<br>P.O. BOX 5452<br>MT. LAUREL, NJ 08054 | | | REAL PROPERTY AND IMPROVEMENTS LOCATED AT 76 DAVIS AVENUE RYE, NY 10580<br><br>VALUE IS ESTIMATED AND SUBJECT TO APPRAISAL BY A COURT OF COMPETENT JURISDICTION<br><br>_____<br>VALUE $1,700,000.00 | | X | | 621,065.00 | 0.00 |

Sheet no. _1_ of _1_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➤
(Total of this page)

| $ 1,053,533.00 | $    0.00 |
|---|---|
| Total  ➤<br>(Use only on last page)    $ 1,747,727.42 | $    0.00 |

(Report also on Summary of
Schedules)

(If applicable, report
also on Statistical
Summary of Certain
Liabilities and
Related Data.)

B6E (Official Form 6E) (4/10)

In re    **ROBERT S. ROMANOFF**                              Case No. _____
                                    Debtor                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑    **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑    **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑    **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑    **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑    **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑    **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑    **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑    **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

B6E (Official Form 6E) (4/10) – Cont.

In re   **ROBERT S. ROMANOFF** _____    Case No. _____
                                                                                        (If known)
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Type of Priority:  **Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19114**<br><br>**US ATTORNEY OFFICE - SDNY<br>86 CHAMBERS STREET<br>NEW YORK, NEW YORK 10007** | | | **FEDERAL TAXES** | | X | | 85,000.00 | 85,000.00 | $0.00 |
| ACCOUNT NO.<br>**NEW YORK STATE DEPARTMENT OF FINANC<br>BANKRUPTCY/SPECIAL PROCEDURES SECT<br>P.O. BOX 5300<br>ALBANY, NY 12205-0300**<br>**OFFICE OF THE ATTORNEY GENERAL<br>THE CAPITOL<br>ALBANY, NY 12224** | X | | **FOR NOTICE PURPOSES ONLY** | X | X | X | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>**NYC DEPARTMENT OF FINANCE<br>ATTN: LEGAL AFFAIRS - DEVORA COHN<br>345 ADAMS STREET, 3RD FL<br>BROOKLYN, NY 11201**<br>**CORP. COUNSEL FOR NEW YORK CITY<br>TAX AND BANKRUPTCY DIVISION<br>100 CHURCH STREET<br>NEW YORK, NY 10007** | X | | **FOR NOTICE PURPOSES ONLY** | X | X | X | 0.00 | 0.00 | $0.00 |

Sheet no. <u>1</u> of <u>1</u> continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals ➤
(Totals of this page)   $ **85,000.00** | $ **85,000.00** | $ **0.00**

Total ➤
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)   $ **85,000.00**

Total ➤
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities
and Related Data. )   $ **85,000.00** | $ **0.00**

B6F (Official Form 6F) (12/07)

In re   **ROBERT S. ROMANOFF**                                    Case No. _____
                          Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**BORAH GOLDSTEIN**<br>**377 BROADWAY**<br>**NEW YORK, NEW YORK 10013** | | | | | | | **30,000.00** |
| ACCOUNT NO.<br>**CAR COLLECTOR GARAGE**<br>**341 RAILROAD AVENUE**<br>**BEDFORD HILLS, NY 10507** | | | | | | | **3,550.00** |
| ACCOUNT NO.  **9314**<br>**CHASE**<br>**P.O. BOX 15123**<br>**WILMINGTON, DE 19850** | | | | | X | | **20,155.67** |
| ACCOUNT NO.  **9502**<br>**CITIBARDS**<br>**P.O. BOX 183113**<br>**COLUMBUS, OH 43218** | | | | | X | | **25,327.64** |
| ACCOUNT NO.  **5059**<br>**CITICARDS**<br>**P.O. BOX 83113**<br>**COLUMBUS, OH 43218** | | | | | X | | **43,929.24** |

<u>2</u>   Continuation sheets attached

Subtotal ▶ $ |   **122,962.55**

Total ▶ $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **ROBERT S. ROMANOFF** _____        Case No. _____
Debtor                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **GOLDBERG & RIMBERG PLLC** <br> **115 BROADWAY** <br> **SUITE 302** <br> **NEW YORK, NY 10006** | | | | | | X | 215,000.00 |
| ACCOUNT NO. <br><br> **HSBC** <br> **P.O. BOX 4657** <br> **CAROL STREAM, IL 60197** | | | | | X | | 25,024.00 |
| ACCOUNT NO.   **4632** <br><br> **HSBC** <br> **P.O. BOX 4657** <br> **CAROL STREAM IL 60197** | | | | | X | | 21,319.00 |
| ACCOUNT NO. <br><br> **JAMES PETERSON & L. LEVINE** <br> **76 DAVIS AVENUE** <br> **RYE, NEW YORK 10580** | | | | | | | 15,000.00 |
| ACCOUNT NO. <br><br> **MARC SCHER** <br> **644 BUENA VISTA WAY** <br> **LAGUNA BEACH, CA 92651** | | | | | | | 75,000.00 |

<u>  2  </u>  Continuation sheets attached

Sheet no. <u>1</u> of <u>2</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▸ $      351,343.00

Total ▸ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **ROBERT S. ROMANOFF**                                          Case No. _____
                    _____                                              (If known)
                              **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **MASS MUTUAL** **P.O. BOX 371368** **PITTSBURGH, PA 15250** | | | | | | | 10,517.00 |
| ACCOUNT NO. **PARACO GAS** **14 BAYVIEW ROAD** **COURTLAND MANOR, NY 10567** | | | | | X | X | 1,723.24 |
| ACCOUNT NO. **PRUDENTIAL LIFE INSURANCE CO** **P.O. BOX 41594** **PHILADELPHIA, PA 19176** | | | | | | | 14,385.00 |
| ACCOUNT NO. **ROSENBERG & ESTIS P.C.** **733 3RD AVENUE** **NEW YORK, NEW YORK 10017** | | | | | | X | 73,815.50 |

      2   Continuation sheets attached

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                        Subtotal  >  $        100,440.74

                                                        Total  >  $        574,746.29

                                        (Use only on last page of the completed Schedule F.)
                        (Report also on Summary of Schedules and, if applicable on the Statistical
                                Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re:  ROBERT S. ROMANOFF _____    Case No. _____
                              Debtor                              (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **1 EAST RIVER PLACE REALTY CO., LLC**<br>**525 EAST 72ND STREET**<br>**NEW YORK, NY 10580** | **APARTMENT LEASE** |
| **JAMES PETERSON & LAUREN LEVINE**<br>**76 DAVIS AVENUE**<br>**RYE, NEW YORK 10580** | **LESSEE OF RYE PROPERTY** |

B6H (Official Form 6H) (12/07)

In re: **ROBERT S. ROMANOFF**                                    Case No. _____
_____                                    (If known)
                        Debtor

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
|                              |                              |

B6I (Official Form 6I) (12/07)

In re **ROBERT S. ROMANOFF**                                    Case No. _____

_____                                                    _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **MARRIED** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| | SON | 16 |
| | SON | 3 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **CFO** | |
| Name of Employer | **ABSOLUTE ELECTRICAL CONTRACTING OF NY** | |
| How long employed | **3 YEARS** | |
| Address of Employer | **1 CROSS ISLAND PLAZA ROSEDALE, NY 11422** | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | 16,000.01 | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 16,000.01 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | 0.00 |
| b. Insurance | $ | 0.00 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify)    **1099 INCOME** | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 16,000.01 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 8,500.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| 11. Social security or other government assistance (Specify)    **NICHOLAS' MOTHER'S SS BENEFITS** | $ | 797.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify)    **AVG INCOME FROM DEUTSCHE BANK FUND** | $ | 18,701.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 27,998.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 43,998.01 | $ | 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | **$ 43,998.01** | | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**NONE**

_____

_____

**B6I (Official Form 6I) (12/07) - Cont.**

In re **ROBERT S. ROMANOFF**

Case No. _____

_____
Debtor

_____
(If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

B6J (Official Form 6J) (12/07)

In re **ROBERT S. ROMANOFF** _____    Case No. _____
_____    (If known)
                              **Debtor**

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 14,613.13 |
|    a. Are real estate taxes included?    Yes ✓    No _____ | | |
|    b. Is property insurance included?    Yes ✓    No _____ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 270.00 |
|    b. Water and sewer | $ | 0.00 |
|    c. Telephone | $ | 270.00 |
|    d. Other **HOUSEKEEPING, CHILDCARE** | $ | 1,560.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 200.00 |
| 4. Food | $ | 1,200.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 60.00 |
| 7. Medical and dental expenses | $ | 400.00 |
| 8. Transportation (not including car payments) | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 150.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 200.00 |
|    b. Life | $ | 6,367.00 |
|    c. Health | $ | 0.00 |
|    d. Auto | $ | 256.00 |
|    e. Other **EXCESS LIABILITY/VALUABLE ARTICLES** | $ | 200.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)   **SS & FUTA ON 1099 INCOME** | $ | 1,300.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 0.00 |
|    b. Other **AF FINANCING LOAN - INTEREST ONLY** | $ | 3,355.00 |
|        **SCHOOL** | $ | 3,300.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other **SEE ATTACHED LIST** | $ | 4,288.93 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 38,390.06 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ | 43,998.01 |
|    b. Average monthly expenses from Line 18 above | $ | 38,390.06 |
|    c. Monthly net income (a. minus b.) | $ | 5,607.95 |

## other expenses

| | |
|---|---|
| CVS/Duane Reade | 200.00 |
| cable/internet/phone | 330.00 |
| public storage | 1,272.26 |
| Childs activities | 500.00 |
| Auto - other | 100.00 |
| auto storage Caddilac | 250.00 |
| auto Storage Ferrari | 370.00 |
| Nicholas food/taxi/misc | 600.00 |

| 76 Davis Ave Rental property expenses | |
|---|---|
| gardening | 200.00 |
| tree maintenance | 166.67 |
| maintenance | 200.00 |
| other | 100.00 |

| | |
|---|---|
| Legal Expense - Sheryl Romanoff Irrevocable Grantor Trust | ? |
| total other expenses | 4,288.93 |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re **ROBERT S. ROMANOFF**

Debtor

Case No. _____

(If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **19** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____ 11\19\13 _____

Signature: _____

**ROBERT S. ROMANOFF**

Debtor

[If joint case, both spouses must sign]

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

B7 (Official Form 7) (4/10)

## UNITED STATES BANKRUPTCY COURT
### Southern District of New York

In re:  **ROBERT S. ROMANOFF** _____,      Case No. _____

Debtor                                                (If known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 114,000.00 | **EMPLOYMENT WITH ABSOLUTE ELECTRIC** AMOUNT OF INCOME IS APPROXIMATE | 2012 |
| 170,000.00 | **EMPLOYMENT WITH ABSOLUTE ELECTRIC** AMOUNT OF INCOME IS APPROXIMATE | 2013 YTD |

### 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 269,748.00 | **DEUTSCHE BANK PRIVATE EQUITY GLOBAL SELECT FUND (US)** | 2011 |
| 246,474.00 | **DEUTSCHE BANK PRIVATE EQUITY GLOBAL SELECT FUND (US)** | 2012 |

### 3. Payments to creditors

***Complete a. or b., as appropriate, and c.***

None
☐

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**PROVIDED UPON REQUEST**

2

None **b.** *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90**
☑ **days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is
affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that
were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under
a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter
13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

   *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the
date of adjustment.

None **c.** *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the
☑ benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments
by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None **a.** List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding
❑ the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|
| **SEE SCHEDULE ANNEXED TO 1007 DECLARATION** | | | |

3

None
☐
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **55 GANS LENDER LLC 114 EAST 13TH STREET FRONT 1 NEW YORK, NEW YORK 10013** | **09/04/2013** | **LIEN FILED** **1,700,000.00 REAL PROPERTY AND IMPROVEMENTS LOCATED AT  76 DAVIS AVENUE RYE, NY 10580** **VALUE IS ESTIMATED AND SUBJECT TO APPRAISAL BY A COURT OF COMPETENT JURISDICTION** |

### 5.  Repossessions, foreclosures and returns

None
☑
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6.  Assignments and receiverships

None
☑
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☑
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

4

### 7.  Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8.  Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9.  Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **ROBINSON BROG LEINWAND GREENE ET AL 875 THIRD AVENUE 9TH FLOOR NEW YORK, NY 10022** | **9/19/2013 BY ABSOLUTE ELECTRIC CONTRACTING OF NY, INC.** | **25,000.00** |

### 10.  Other transfers

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

5

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None ☐ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **HSBC**<br>**80 EIGHTH AVENUE**<br>**NEW YORK, NEW YORK** | **DEBTOR** | **EMPTY** | |

## 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

6

### 15. Prior address of debtor

None
❏

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 55 GANSEVOORT STREET NEW YORK, NEW YORK 10014 | ROBERT S. ROMANOFF | 2006 - 2013 |

### 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.    List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

c.    List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

7

## 18. Nature, location and name of business

None □

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **ABSOLUTE ELECTRIC CONTRACTING** | 26-2808268 | **1 CROSS ISLAND PLAZA ROSEDALE, NEW YORK** | **ELECTRIC CONTRACTOR** | 09/01/2010 |

None ☑

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

## 19. Books, records and financial statements

None ☑

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None ☑

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☑

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ☑

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

## 20. Inventories

None ☑

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

8

**None** ☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

NAME AND ADDRESSES OF CUSTODIAN
DATE OF INVENTORY                                    OF INVENTORY RECORDS

## 21.  Current Partners, Officers, Directors and Shareholders

**None** ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST          PERCENTAGE OF INTEREST

**None** ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NATURE AND PERCENTAGE
NAME AND ADDRESS                    TITLE                      OF STOCK OWNERSHIP

## 22.  Former partners, officers, directors and shareholders

**None** ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                        ADDRESS                          DATE OF WITHDRAWAL

**None** ☑ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS            TITLE                DATE OF TERMINATION

## 23.  Withdrawals from a partnership or distributions by a corporation

**None** ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                                          AMOUNT OF MONEY
OF RECIPIENT,                   DATE AND PURPOSE          OR DESCRIPTION
RELATIONSHIP TO DEBTOR          OF WITHDRAWAL             AND VALUE OF PROPERTY

## 24.  Tax Consolidation Group.

**None** ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME  OF PARENT CORPORATION        TAXPAYER IDENTIFICATION NUMBER (EIN)

## 25.  Pension Funds.

**None** ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME  OF PENSION FUND                      TAXPAYER IDENTIFICATION NUMBER (EIN)

9

* * * * * *

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date ___11/19/13___

Signature
of Debtor _____
ROBERT S. ROMANOFF

B21 (Official Form 21) (12/07)

## STATEMENT OF SOCIAL-SECURITY NUMBER OR
## INDIVIDUAL TAXPAYER-IDENTIFICATION NUMBER (ITIN)

### UNITED STATES BANKRUPTCY COURT
### Southern District of New York

In re  **ROBERT S. ROMANOFF**, Debtor )  Case No. _____
) Chapter  **11**

Address:  **302A WEST 12TH STREET
SUITE 118
NEW YORK, NEW YORK 10014**

Last four digits of Social-Security or Individual Taxpayer-
Identification (ITIN) No(s).,(if any):  **5222**

Employer Tax-Identification (EIN) No(s).(if any):
**26-2808268**

### STATEMENT OF SOCIAL-SECURITY NUMBER(S)
### (or other Individual Taxpayer-Identification Number(s) (ITIN(s)))

1.Name of Debtor (Last, First, Middle):**ROMANOFF, ROBERT, S.**

*(Check the appropriate box and, if applicable, provide the required information.)*

☑ Debtor has a Social-Security Number and it is: _██████ - **5222**

*(If more than one, state all.)*

☑ Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification
Number (ITIN), and it is: **NO**

*(if more than one, state all. )*

☐ Debtor does not have either a Social-Security Number or an Individual Taxpayer-Identification
Number (ITIN).

2.Name of Joint Debtor (Last, First, Middle):_____

*(Check the appropriate box and, if applicable, provide the required information.)*

☐ Joint Debtor has a Social-Security Number and it is: _____ - _____ - _____

*(If more than one, state all.)*

☐ Joint Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification
Number (ITIN), and it is:_____.

*(if more than one, state all. )*

☐ Joint Debtor does not have either a Social-Security Number or an Individual Taxpayer-Identification
Number (ITIN).

I declare under penalty of perjury that the foregoing is true and correct.

X _____          11/19/13

**ROBERT S. ROMANOFF**
Signature of Debtor                                   Date

---

*Joint debtors must provide information for both spouses.*
*Penalty for making a false statement: Fine of up to $250,000 or up to 5 years imprisonment or both. 18 U.S.C. §§
152 and 3571.*

B22B (Official Form 22B) (Chapter 11) (12/10)

In re **ROBERT S. ROMANOFF**
_____
               Debtor(s)

Case Number: _____
                 (If known)

## CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual chapter 11 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| | Part I. CALCULATION OF CURRENT MONTHLY INCOME | | |
|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed. <br> a. ☐ **Unmarried. Complete only Column A ("Debtor's Income") for Lines 2-10.** <br> b. ☑ **Married, not filing jointly. Complete only Column A ("Debtor's Income") for Lines 2-10.** <br> c. ☐ **Married, filing jointly. Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A** <br> **Debtor's** <br> **Income** | **Column B** <br> **Spouse's** <br> **Income** |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $16,000.01 | $ |
| 3 | **Net income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. <br><br> a. Gross Receipts — $ 0.00 <br> b. Ordinary and necessary business expenses — $ 0.00 <br> c. Business income — Subtract Line b from Line a | $0.00 | $ |
| 4 | **Net rental and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero. <br><br> a. Gross Receipts — $ 8,500.00 <br> b. Ordinary and necessary operating expenses — $ 666.67 <br> c. Rent and other real property income — Subtract Line b from Line a | $7,833.33 | $ |
| 5 | **Interest, dividends, and royalties.** | $0.00 | $ |
| 6 | **Pension and retirement income.** | $0.00 | $ |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $0.00 | $ |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: <br><br> Unemployment compensation claimed to be a benefit under the Social Security Act    Debtor $ _____    Spouse $ _____ | $0.00 | $ |

B22B (Official Form 22B) (Chapter 11) (12/10)                                                                    2

| | | | |
|---|---|---|---|
| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance. Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
| | a. **DEUTSCHE BANK FUND (AVERAGE AMOUNT)**  $ 18,701.00 | $18,701.00 | $ |
| 10 | **Subtotal of current monthly income.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | $42,534.34 | $ |
| 11 | **Total current monthly income.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10. Column A. | $  42,534.34 | |
| | **Part II:  VERIFICATION** | | |
| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)*  Date: _____ 11/19/13 _____    Signature: _____  ROBERT S. ROMANOFF, (Debtor) | | |

B 203
(12/94)

## UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re:    **ROBERT S. ROMANOFF**                                    Case No. _____

                                                                    Chapter    **11** _____

                                            Debtor

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s)
   and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be
   paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in
   connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---:|
   | For legal services, I have agreed to accept | $ | 25,000.00 |
   | Prior to the filing of this statement I have received | $ | 25,000.00 |
   | Balance Due | $ | 0.00 |

2. The source of compensation paid to me was:

   ☐ Debtor          ☒ Other (specify)          **ABSOLUTE ELECTRIC CONTRACTING OF NY, INC.**

3. The source of compensation to be paid to me is:

   ☐ Debtor          ☐ Other (specify)

4. ☒  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates
      of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of
      my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is
      attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case,
   including:

   a)    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file
         a petition in bankruptcy;

   b)    Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c)    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d)    [Other provisions as needed]
         **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:
         **None**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy proceeding.

Dated:    11/20/2013

                              /s/ A. Mitchell Greene
                              **A. MITCHELL GREENE, Bar No.**

                              **ROBINSON BROG LEINWAND GREENE ET AL.**
                              Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:    **ROBERT S. ROMANOFF**                          Case No. _____

_____                          Chapter  **11**  _____
                    **Debtor**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of **3** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.


Dated: ___11/19/13_____        Signed: _____
                                              **ROBERT S. ROMANOFF**


Signed:    /s/ A. Mitchell Greene
           _____
           **A. MITCHELL GREENE**
           Attorney for Debtor(s)
           Bar no.:
           **ROBINSON BROG LEINWAND GREENE ET AL.**
           **875 THIRD AVENUE**
           **9TH FLOOR**
           **NEW YORK, NY**
           **10022**
           Telephone No.:    **212-603-6300**
           Fax No.:
           E-mail address:

55 GANS LENDER LLC
114 EAST 13TH STREET
FRONT 1
NEW YORK, NEW YORK 10013

AF FUNDING
41 EAST 57TH STREET
SUITE 702
NEW YORK, NY 10021

BORAH GOLDSTEIN
377 BROADWAY
NEW YORK, NEW YORK 10013

CAR COLLECTOR GARAGE
341 RAILROAD AVENUE
BEDFORD HILLS, NY 10507

CHASE
P.O. BOX 15123
WILMINGTON, DE 19850

CITIBARDS
P.O. BOX 183113
COLUMBUS, OH 43218

CITICARDS
P.O. BOX 83113
COLUMBUS, OH 43218

CORP. COUNSEL FOR NEW YORK CITY
TAX AND BANKRUPTCY DIVISION
100 CHURCH STREET
NEW YORK, NY 10007

DAMON & MOREY LLP
AVANT BUILDING
SUITE 1200
200 DELAWARE AVENUE
BUFFALO, NY 14202

DELSHAH CAPITAL
149 MADISON AVENUE
NEW YORK, NY 10016


GOLDBERG & RIMBERG PLLC
115 BROADWAY
SUITE 302
NEW YORK, NY 10006


HSBC
P.O. BOX 5452
MT. LAUREL, NJ 08054


HSBC
P.O. BOX 4657
CAROL STREAM, IL 60197


HSBC
P.O. BOX 4657
CAROL STREAM IL 60197


HSBC
P.O. BOX 5443
MT. LAUREL, NJ 08054


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19114


JAMES PETERSON & L. LEVINE
76 DAVIS AVENUE
RYE, NEW YORK 10580


MARC SCHER
644 BUENA VISTA WAY
LAGUNA BEACH, CA 92651

MASS MUTUAL
P.O. BOX 371368
PITTSBURGH, PA 15250


NEW YORK STATE DEPARTMENT OF FINANC
BANKRUPTCY/SPECIAL PROCEDURES SECT
P.O. BOX 5300
ALBANY, NY 12205-0300


NYC DEPARTMENT OF FINANCE
ATTN: LEGAL AFFAIRS - DEVORA COHN
345 ADAMS STREET, 3RD FL
BROOKLYN, NY 11201


OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224


PARACO GAS
14 BAYVIEW ROAD
COURTLAND MANOR, NY 10567


PRUDENTIAL LIFE INSURANCE CO
P.O. BOX 41594
PHILADELPHIA, PA 19176


ROSENBERG & ESTIS P.C.
733 3RD AVENUE
NEW YORK, NEW YORK 10017


US ATTORNEY OFFICE - SDNY
86 CHAMBERS STREET
NEW YORK, NEW YORK 10007