UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re  Robert Romanoff                                  Case No. 13-40002
   Debtor                                               Reporting Period: 11/20/13-11/27/13

                                                        Social Security #    5222
                                                        (last 4 digits only)

# MONTHLY OPERATING REPORT
# (INDIVIDUAL WAGE EARNERS)

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | x | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | x | |
| Copies of bank statements | | x | |
| Disbursement Journal | MOR-2 (INDV) | x | |
| Balance Sheet | MOR-3 (INDV) | | |
| Copies of tax returns filed during reporting period | | n/a | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | x | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | x | |
| Debtor Questionnaire | MOR-6 (INDV) | y | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor  */s/ Robert Romanoff*                            Date  1/5/2014

Signature of Joint Debtor _____              Date  _____

FORM MOR (INDV)
2/2008
PAGE 1 OF 1

In re Robert Romanoff  
Debtor

Case No. 13-40002  
Reporting Period: 11/20/13-11/27/13

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 3,417.34 | 3,417.34 |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income *(attach schedule)* | 3,000.00 | 3,000.00 |
| **Total Receipts** | 3,000.00 | 3,000.00 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 243.84 | 243.84 |
| Insurance | | |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 200 | 200 |
| Medical Expenses | | |
| Food, Clothing, Hygiene | 1804.35 | 1804.35 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other *(attach schedule)* | | |
| Travel and Entertainment | 551.99 | 551.99 |
| Gifts | | |
| Other *(attach schedule)* | 2445 | 2445 |
| **Total Ordinary Disbursements** | 5245.18 | 5245.18 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | 0 | 0 |
| U.S. Trustee Fees | 0 | 0 |
| Other Reorganization Expenses *(attach schedule)* | 0 | 0 |
| **Total Reorganization Items** | 0 | 0 |
| **Total Disbursements** *(Ordinary + Reorganization)* | 5245.18 | 5245.18 |
| **Net Cash Flow** *(Total Receipts - Total Disbursements)* | (2,245.18) | (2,245.18) |
| **Cash - End of Month** *(Must equal reconciled bank statement)* | 1,172.16 | 1,172.16 |

In re **Robert Romanoff**                     Case No. **13-40002**
    Debtor                     Reporting Period: **11/20/13-11/27/13**

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| 1099 income- Absolute Electric | 3,000.00 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| housekeeping | 360.00 | |
| transportation | 140.00 | |
| research expense | 20.00 | |
| harmony karate | 265.00 | |
| Beaver Creek Club quarterly Bill | 1,660.00 | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| TOTAL DISBURSEMENTS | 5245.18 |
|---|---|
|    LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 0 |
|    PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 5245.18 |

In re Robert Romanoff  
Debtor

Case No. 13-40002  
Reporting Period: 11/20/13-11/27/13

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page. (Bank account numbers may be redacted to last four numbers.)

|  | Operating #6158 | Payroll # | Tax # | Other |
|---|---|---|---|---|
| BALANCE PER BOOKS | 1172.16 | n/a | n/a | n/a |
|  |  |  |  |  |
| BANK BALANCE | 2832.16 |  |  |  |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | 0 |  |  |  |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | 1660 |  |  | 0 |
| OTHER (ATTACH EXPLANATION) | 0 |  |  | 0 |
|  |  |  |  |  |
| ADJUSTED BANK BALANCE * | 1172.16 |  |  |  |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| n/a |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
| BCC | 3915 | 1660 |  |  |

OTHER

In re Robert Romanoff    Case No. 13-40002
Debtor    Reporting Period: 11/20/13-11/27/13

## DISBURSEMENT JOURNAL
### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|---|---|---|---|
| 11/20/2013 | starbucks | food | 12.48 |
| 11/20/2013 | seamless | food | 14.5 |
| 11/20/2013 | starbucks | food | 14.64 |
| 11/20/2013 | Karen Romanoff | child care/ housekeeping | 500 |
| 11/20/2013 | Allen Credit | other/lawsuit research | 20 |
| 11/21/2013 | sidewalk café | food | 6.44 |
| 11/21/2013 | mcdonalds | food | 9.33 |
| 11/21/2013 | seamless | food | 12.51 |
| 11/21/2013 | seamless | food | 22.66 |
| 11/21/2013 | Valley caterers | food | 30.52 |
| 11/21/2013 | agata | food | 48.18 |
| 11/21/2013 | haru | food | 144.32 |
| 11/21/2013 | Karen Romanoff | clothing | 500 |
| 11/22/2013 | starbucks | food | 9.42 |
| 11/22/2013 | chipolte | food | 21.75 |
| 11/22/2013 | amazon | hygiene | 33.73 |
| 11/25/2013 | amazon | hygiene | 4.41 |
| 11/25/2013 | hot + crusty | food | 10.91 |
| 11/25/2013 | seamless | food | 22.54 |
| 11/25/2013 | seamless | food | 25.24 |
| 11/25/2013 | seamless | food | 35.12 |
| 11/25/2013 | duanr reade | hygiene | 51.31 |
| 11/25/2013 | amazon | hygiene | 52.08 |
| 11/25/2013 | maison kaiser | food | 64.76 |
| 11/25/2013 | robert parker | entertainment | 99 |
| 11/25/2013 | amazon | hygiene | 106 |
| 11/25/2013 | michael angelos | food | 188.1 |
| 11/26/2013 | baked by melissa | food | 18.5 |
| 11/26/2013 | amazon | hygiene | 94.9 |
| 11/26/2013 | harmony by karate | other/karate | 265 |
| 11/27/2013 | netflix | entertainment | 7.99 |
| | Total Cash Disbursements | | 2,446.34 |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|---|---|---|---|---|
| 11/27/2013 | Karen Romanoff | Food | 250 | 3909 |
| 11/22/2013 | chaine | annual dues | 285 | 3910 |
| 11/22/2013 | holy cross electric | utilities | 69.26 | 3911 |
| 11/22/2013 | centurian link | utilities | 41.33 | 3912 |
| 11/22/2013 | comcast | utilities | 133.25 | 3913 |
| 11/27/2013 | luis lopez-oct lawn care | repairs/maintainence | 200 | 3914 |
| 11/24/2016 | beaver creek club | quarterly dues | 1660 | 3915 |
| 11/22/2013 | chaine | annual dues | 160 | 3916 |
| | Total Bank Account Disbursements | | 2798.84 | |

| Total Disbursements for the Month | 5,245.18 |
|---|---|

FORM MOR-2 (INDV)
2/2008
PAGE 1 OF 1

In re Robert Romanoff    Case No. 13-40002
Debtor    Reporting Period: 11/20/13-11/27/13

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **SCHEDULE A REAL PROPERTY** | | |
| Primary Residence | 1,700,000.00 | 1,700,000.00 |
| | | |
| | | |
| | | |
| Other Property *(attach schedule)* | | |
| TOTAL REAL PROPERTY ASSETS | 1,700,000.00 | 1,700,000.00 |
| **SCHEDULE B PERSONAL PROPERTY** | | |
| Cash on Hand | - | - |
| Bank Accounts | 30,892.00 | 30,892.00 |
| Security Deposits | 33,600.00 | 33,600.00 |
| Household Goods & Furnishings | 25,000.00 | 25,000.00 |
| Books, Pictures, Art | 730,219.00 | 730,219.00 |
| Wearing Apparel | 63,592.00 | 63,592.00 |
| Furs and Jewelry | 10,000.00 | 10,000.00 |
| Firearms & Sports Equipment | 1,000.00 | 1,000.00 |
| Insurance Policies | 11,167.00 | 11,167.00 |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | | |
| Stocks | | |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | | |
| Accounts Receivable | | |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims * see note below | - | - |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | 235,000.00 | 235,000.00 |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | - | - |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property *(attach schedule)* | 507,496.00 | 507,496.00 |
| TOTAL PERSONAL PROPERTY | 1,647,966.00 | 1,647,966.00 |
| TOTAL ASSETS | 3,347,966.00 | 3,347,966.00 |

FORM MOR-3 (INDV)
2/2008
PAGE 1 OF 2

In re Robert Romanoff  
Debtor

Case No. 13-40002  
Reporting Period: 11/20/13-11/27/13

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Federal Income Taxes (not deducted from wages) | - | - |
| FICA/Medicare (not deducted from wages) | - | - |
| State Taxes (not deducted from wages) | - | - |
| Real Estate Taxes | - | - |
| Other Taxes *(attach schedule)* | | |
| TOTAL TAXES | - | - |
| Professional Fees | - | - |
| Other Post-petition Liabilities *(list creditors)* | | - |
| | | |
| | | |
| * pending litegation against Gerald Romanoff, Sheryl Romanoff, Michael Zimmerman, Michael Shah, | | |
| Delshah, and related entitties. Value is unknown and subject to appraisel by a court of competent jurisdiction. | | |
| TOTAL POST-PETITION LIABILITIES | - | - |

| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
|---|---|---|
| Secured Debt | 1,323,533.00 | 1,323,533.00 |
| Priority Debt | 85,000.00 | 85,000.00 |
| Unsecured Debt | 165,930.00 | 165,930.00 |
| TOTAL PRE-PETITION LIABILITIES | 1,574,463.00 | 1,574,463.00 |
| TOTAL LIABILITIES | 1,574,463.00 | 1,574,463.00 |

In re Robert Romanoff  
Debtor

Case No. 13-40002  
Reporting Period: 11/20/13-11/27/13

## SUMMARY OF UNPAID POST-PETITION DEBTS

| | \multicolumn{6}{c}{Number of Days Past Due} |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Mortgage | | | | | | 0 |
| Rent | | | | | | 0 |
| Secured Debt/Adequate Protection Payments | | | | | | 0 |
| Professional Fees | | | | | | 0 |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Post-petition Debts** | 0 | 0 | 0 | 0 | 0 | 0 |

Explain how and when the Debtor intends to pay any past due post-petition debts.

In re Robert Romanoff  
Debtor

Case No. 13-40002  
Reporting Period: 11/20/13-11/27/13

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| no payments set up as of 11/27/13 | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL PAYMENTS | | |

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| no installments set up as of 11/27/13 | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

In re Robert Romanoff  
    Debtor

Case No. 13-40002  
Reporting Period: 11/20/13-11/27/13

# DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 6 | Are any post petition State or Federal income taxes past due? | | X |
| 7 | Are any post petition real estate taxes past due? | | X |
| 8 | Are any other post petition taxes past due? | | X |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 10 | Are any amounts owed to post petition creditors delinquent? | | X |
| 11 | Have any post petition loans been been received by the Debtor from any party? | | X |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |

FORM MOR-6 (INDV)  
2/2008  
PAGE 1 OF 1

# HSBC

CHOICE CHECKING
**Statement of Account**
Account Number 609-71615-8

**October 26, 2013 - November 27, 2013**
Page 1 of 6

ROBERT ROMANOFF                    32-00609
302A W 12TH ST # 118
NEW YORK NY 10014-1947

Questions?
Call 800-975-4722 or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

SUMMARY OF ACTIVITY FOR THE PERIOD  10/26/13  TO  11/27/13         DATE OF LAST STATEMENT WAS   10/25/13

| | |
|---|---|
| YOUR BALANCE ON 10/25/13 WAS | 2,118.46 |
| THERE WERE CHECKS AND OTHER SUBTRACTIONS | -31,611.84 |
| THERE WERE DEPOSITS AND OTHER ADDITIONS | 32,340.54 |
| THERE WERE CHARGES AND FEES OF | -15.00 |
| YOUR BALANCE ON 11/27/13 | 2,832.16 |

| | |
|---|---|
| INTEREST PAID THIS YEAR | .20 |
| OVERDRAFT ACCOUNT NUMBER | 09103355040 |

TRANSACTION DETAIL

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 10/28/13 | PURCHASE MADE ON 10/26/13 AT NETFLIX.COM NETFLIX.COM CA | 7.99 | | |
| 10/28/13 | PURCHASE MADE ON 10/27/13 AT STARBUCKS #15685 NEW Y NEW YORK NY | 9.96 | | |
| 10/28/13 | PURCHASE MADE ON 10/26/13 AT GREEN GOURMET NEW YORK NY | 26.37 | | |
| 10/28/13 | PURCHASE MADE ON 10/26/13 AT JEKYLL AND HYDE CLUB NEW YORK NY | 99.62 | | |
| 10/28/13 | ONLINE TRANSFER TO CHECKING 00609723308 ON 10/28 REFERENCE NO: IB874819 | 100.00 | | |
| 10/28/13 | PURCHASE MADE ON 10/26/13 AT CITARELLA NEW YORK NY | 151.31 | | |
| 10/28/13 | PURCHASE MADE ON 10/26/13 AT 14TH STREET FRAMING GA NEW YORK NY | 205.34 | | |
| 10/28/13 | PURCHASE MADE ON 10/26/13 AT HARMONY BY KARATE INC 06463872073 NJ | 265.00 | | |
| 10/28/13 | CASH WITHDRAWAL ON 10/26 AT HSBC ATM 45 E 89TH ST NEW YORK NY | 400.00 | | 852.87 |
| 10/29/13 | PURCHASE MADE ON 10/28/13 AT STARBUCKS #08770 NEW Y NEW YORK NY | 3.21 | | |
| 10/29/13 | PURCHASE MADE ON 10/28/13 AT STEAK-N-SHAKE#0710 Q99 NEW YORK NY | 9.23 | | |
| 10/29/13 | PURCHASE MADE ON 10/29/13 AT AMAZON.COM AMZN.COM/BILL WA | 10.88 | | |
| 10/29/13 | PURCHASE MADE ON 10/27/13 AT EATALY SUPERMARKET NEW YORK NY | 16.11 | | |
| 10/29/13 | PURCHASE MADE ON 10/27/13 AT 72 APPLE FARM GROCERY NEW YORK NY | 18.00 | | |
| 10/29/13 | PURCHASE MADE ON 10/28/13 AT AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 18.12 | | |
| 10/29/13 | PURCHASE MADE ON 10/27/13 AT TOURNEAU #24 R NEW YORK NY | 21.78 | | |
| 10/29/13 | PURCHASE MADE ON 10/29/13 AT SEAMLESS 800-905-9322 NY | 38.77 | | |
| 10/29/13 | PURCHASE MADE ON 10/27/13 AT EATALY SUPERMARKET NEW YORK NY | 48.19 | | |
| 10/29/13 | CASH WITHDRAWAL ON 10/28 AT HSBC ATM 1165 THIRD AVE AT 68TH NEW YORK NY | 60.00 | | |
| 10/29/13 | PURCHASE MADE ON 10/27/13 AT FINESTRA NEW YORK NY | 96.65 | | |
| 10/29/13 | PAYMENT TO CTL 8002441111-TELEPHONE | 121.26 | | 390.67 |
| 10/30/13 | DEPOSIT | | 12,000.00 | |

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*



ROBERT ROMANOFF

**CHOICE CHECKING**
**Statement of Account**
Account Number 609-71615-8

October 26, 2013 - November 27, 2013
Page 2 of 6

## TRANSACTION DETAIL

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 10/30/13 | PURCHASE MADE ON 10/30/13 AT AMAZON.COM AMZN.COM/BILL WA | 7.60 | | |
| 10/30/13 | PURCHASE MADE ON 10/30/13 AT AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 14.99 | | |
| 10/30/13 | PURCHASE MADE ON 10/29/13 AT AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 18.15 | | |
| 10/30/13 | PURCHASE MADE ON 10/29/13 AT AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 43.75 | | |
| 10/30/13 | PAYMENT TO CON ED OF NY-INTELL CK | 134.10 | | |
| 10/30/13 | PAYMENT TO CON ED OF NY-INTELL CK | 416.77 | | 11,755.31 |
| 10/31/13 | PURCHASE MADE ON 10/30/13 AT SEAMLESS 800-905-9322 NY | 29.88 | | |
| 10/31/13 | PURCHASE MADE ON 10/30/13 AT AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 32.30 | | |
| 10/31/13 | PURCHASE MADE ON 10/30/13 AT AMAZON.COM AMZN.COM/BILL WA | 35.83 | | |
| 10/31/13 | PURCHASE MADE ON 10/30/13 AT AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 59.95 | | 11,597.35 |
| 11/01/13 | ATM OR OTHER ELECTRONIC BANKING TRANSACTION | | 1,486.59 | |
| 11/01/13 | 33RECD CHIP JPMORGAN CHASE BANK*ORG:LAUREN E. LEVINE AND /OR,RYE NY 10580-4112*BNF:ROBERT ROMANOFF,NEW YORK*STCHI PSEQ:0304196*TIME:1147*YR REF:OS1 OF 13/11/01*MMB REF:30 5444480 | | 8,500.00 | |
| 11/01/13 | CHECK | 1,500.00 | | |
| 11/01/13 | ONLINE TRANSFER TO CHECKING 00609723308 ON 11/01 REFERENCE NO: IB171212 | 50.00 | | |
| 11/01/13 | ONLINE TRANSFER TO CHECKING 00609783416 ON 11/01 REFERENCE NO: IB171030 | 100.00 | | |
| 11/01/13 | ONLINE TRANSFER TO CHECKING 00609788256 ON 11/01 REFERENCE NO: IB171149 | 100.00 | | |
| 11/01/13 | ONLINE PAYMENT TO ACCOUNT 09103355040 ON 11/01 REFERENCE NO: IB171340 | 200.00 | | |
| 11/01/13 | CASH WITHDRAWAL ON 11/01 AT HSBC ATM 260 SUNRISE HWY VALLEY STRM NY | 400.00 | | |
| 11/01/13 | FUNDS TRANSFER INCOMING FEE | 15.00 | | 19,218.94 |
| 11/04/13 | PURCHASE MADE ON 11/04/13 AT AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 5.95 | | |
| 11/04/13 | PURCHASE MADE ON 11/02/13 AT AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 6.99 | | |
| 11/04/13 | PURCHASE MADE ON 11/02/13 AT AMAZON.COM AMZN.COM/BILL WA | 8.88 | | |
| 11/04/13 | PURCHASE MADE ON 11/02/13 AT FREEZE FRAME NEW YORK NY | 11.00 | | |
| 11/04/13 | PURCHASE MADE ON 11/02/13 AT AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 18.48 | | |
| 11/04/13 | PURCHASE MADE ON 11/01/13 AT STARBUCKS #08770 NEW Y NEW YORK NY | 20.09 | | |
| 11/04/13 | PURCHASE MADE ON 11/04/13 AT SEAMLESS 800-905-9322 NY | 24.94 | | |
| 11/04/13 | PURCHASE MADE ON 11/04/13 AT AMAZON.COM AMZN.COM/BILL WA | 29.88 | | |
| 11/04/13 | PURCHASE MADE ON 11/03/13 AT SEAMLESS 800-905-9322 NY | 36.39 | | |
| 11/04/13 | ONLINE TRANSFER TO CHECKING 00609723308 ON 11/04 REFERENCE NO: IB495322 | 40.00 | | |
| 11/04/13 | PURCHASE MADE ON 11/02/13 AT AMAZON.COM AMZN.COM/BILL WA | 50.69 | | |
| 11/04/13 | PURCHASE MADE ON 11/02/13 AT AMAZON.COM AMZN.COM/BILL WA | 51.59 | | |
| 11/04/13 | PURCHASE MADE ON 11/03/13 AT AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 71.56 | | |
| 11/04/13 | PURCHASE MADE ON 11/01/13 AT HUMMUS KITCHEN EAST NEWYORK NY | 85.11 | | |
| 11/04/13 | PURCHASE MADE ON 11/01/13 AT A MATTER OF HEALTH 02122888280 NY | 92.57 | | |



ROBERT ROMANOFF

CHOICE CHECKING
Statement of Account
Account Number 609-71615-8

October 26, 2013 - November 27, 2013
Page 3 of 6

TRANSACTION DETAIL

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 11/04/13 | ONLINE TRANSFER TO CHECKING 00609723308 ON 11/03 REFERENCE NO: IB362505 | 100.00 | | |
| 11/04/13 | PURCHASE ON 11/03 AT 10 COLUMBUS CIRCLE NEW YORK NY | 144.95 | | |
| 11/04/13 | PURCHASE MADE ON 11/03/13 AT NEW YORK RUNNING C NEW YORK NY | 245.97 | | |
| 11/04/13 | CASH WITHDRAWAL ON 11/04 AT HSBC ATM 1340 THIRD AVE NEW YORK NY | 400.00 | | |
| 11/04/13 | CASH WITHDRAWAL ON 11/04 AT HSBC ATM 1340 THIRD AVE NEW YORK NY | 400.00 | | |
| 11/04/13 | PAYMENT TO TIME WARNER CABL-CABLE PAY | 773.29 | | 16,600.61 |
| 11/05/13 | PURCHASE MADE ON 11/03/13 AT YORK DELICATESSEN NEW YORK NY | 12.81 | | |
| 11/05/13 | PURCHASE MADE ON 11/04/13 AT AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 14.23 | | |
| 11/05/13 | PURCHASE MADE ON 11/04/13 AT AMAZON.COM AMZN.COM/BILL WA | 19.73 | | |
| 11/05/13 | PURCHASE MADE ON 11/04/13 AT AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 48.82 | | |
| 11/05/13 | PURCHASE MADE ON 11/04/13 AT AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 56.60 | | |
| 11/05/13 | PURCHASE MADE ON 11/04/13 AT AMAZON.COM AMZN.COM/BILL WA | 94.88 | | |
| 11/05/13 | PURCHASE MADE ON 11/03/13 AT DAVIDOFF OF GENEVA NEW YORK NY | 104.08 | | |
| 11/05/13 | PURCHASE MADE ON 11/04/13 AT EPG*MARATHONFOTO 800-424-3686 IA | 141.31 | | |
| 11/05/13 | PURCHASE MADE ON 11/04/13 AT JPAY INC 08005745729 FL | 158.95 | | |
| 11/05/13 | PAYMENT TO PUBLIC STORAGE I-RENTAL | 370.22 | | |
| 11/05/13 | PAYMENT TO PUBLIC STORAGE I-RENTAL | 450.47 | | |
| 11/05/13 | PAYMENT TO PUBLIC STORAGE I-RENTAL | 450.47 | | |
| 11/05/13 | PAYMENT TO GAP VISA-GAP EPAY | 879.51 | | |
| 11/05/13 | PAYMENT TO PRUDENTIAL-INS PAYMNT | 4,795.00 | | |
| 11/05/13 | PAYMENT TO MORTGAGE SVC CTR-MORTGAGE | 7,947.04 | | 1,056.49 |
| 11/06/13 | ATM OR OTHER ELECTRONIC BANKING TRANSACTION | | 3,000.00 | |
| 11/06/13 | ONLINE TRANSFER TO CHECKING 00609723308 ON 11/06 REFERENCE NO: IB625656 | 20.00 | | |
| 11/06/13 | PURCHASE MADE ON 11/05/13 AT AMAZON.COM AMZN.COM/BILL WA | 22.56 | | |
| 11/06/13 | PURCHASE MADE ON 11/06/13 AT SEAMLESS 800-905-9322 NY | 30.70 | | |
| 11/06/13 | CHECK #3902 | 724.60 | | |
| 11/06/13 | CHECK #3900 | 2,200.00 | | 1,058.63 |
| 11/07/13 | PURCHASE MADE ON 11/07/13 AT SEAMLESS 800-905-9322 NY | 7.42 | | |
| 11/07/13 | PURCHASE MADE ON 11/07/13 AT SEAMLESS 800-905-9322 NY | 7.89 | | |
| 11/07/13 | CASH WITHDRAWAL ON 11/06 AT HSBC ATM 1165 THIRD AVE AT 68TH NEW YORK NY | 100.00 | | |
| 11/07/13 | PURCHASE MADE ON 11/06/13 AT BLF*BLUEFLY.COM8772583 877-2583359 NY | 130.43 | | |
| 11/07/13 | CASH WITHDRAWAL ON 11/06 AT HSBC ATM 1165 THIRD AVE AT 68TH NEW YORK NY | 200.00 | | |
| 11/07/13 | CHECK #3905 | 23.08 | | |
| 11/07/13 | CHECK #3904 | 31.83 | | 557.98 |
| 11/12/13 | CREDIT RECEIVED ON 11/09/13 FROM AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | | 5.95 | |
| 11/12/13 | ATM OR OTHER ELECTRONIC BANKING TRANSACTION | | 348.00 | |
| 11/12/13 | PURCHASE MADE ON 11/09/13 AT EAST RIVER PLAZA #6Q96 NEW YORK NY | 6.00 | | |
| 11/12/13 | PURCHASE MADE ON 11/09/13 AT SPOTIFY USA 877-778-1161 NY | 9.99 | | |
| 11/12/13 | PURCHASE MADE ON 11/09/13 AT SQ *WHYNOT COFFEE NEW YORK NY | 21.23 | | |



ROBERT ROMANOFF

**CHOICE CHECKING**
**Statement of Account**
Account Number 609-71615-8

October 26, 2013 - November 27, 2013
Page 4 of 6

## TRANSACTION DETAIL

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 11/12/13 | PURCHASE MADE ON 11/12/13 AT SEAMLESS 800-905-9322 NY | 27.34 | | |
| 11/12/13 | PURCHASE MADE ON 11/09/13 AT DOODLE DOO'S NEW YORK NY | 28.31 | | |
| 11/12/13 | PURCHASE MADE ON 11/08/13 AT AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 30.03 | | |
| 11/12/13 | CASH WITHDRAWAL ON 11/09 AT HSBC ATM 1165 THIRD AVE AT 68TH NEW YORK NY | 400.00 | | |
| 11/12/13 | CHECK #3903 | 39.12 | | |
| 11/12/13 | CHECK #3901 | 126.49 | | 223.42 |
| 11/13/13 | PURCHASE MADE ON 11/12/13 AT EAST RIVER CLEANERS 02127177175 NY | 43.50 | | 179.92 |
| 11/18/13 | DEPOSIT | | 1,000.00 | |
| 11/18/13 | DEPOSIT | | 3,000.00 | |
| 11/18/13 | PURCHASE MADE ON 11/17/13 AT SEAMLESS 800-905-9322 NY | 27.16 | | |
| 11/18/13 | PURCHASE MADE ON 11/18/13 AT SEAMLESS 800-905-9322 NY | 30.97 | | |
| 11/18/13 | PURCHASE MADE ON 11/18/13 AT SEAMLESS 800-905-9322 NY | 34.45 | | 4,087.34 |
| 11/19/13 | PURCHASE MADE ON 11/18/13 AT PP*CHAINE DES ROTISSEU NEW YORK NY | 630.00 | | |
| 11/19/13 | CHECK #3701 | 40.00 | | 3,417.34 |
| 11/20/13 | PURCHASE MADE ON 11/19/13 AT STARBUCKS #08770 NEW Y NEW YORK NY | 12.48 | | |
| 11/20/13 | PURCHASE MADE ON 11/20/13 AT SEAMLESS 800-905-9322 NY | 14.50 | | |
| 11/20/13 | PURCHASE MADE ON 11/19/13 AT STARBUCKS #08770 NEW Y NEW YORK NY | 14.64 | | |
| 11/20/13 | ONLINE TRANSFER TO CHECKING 00609783416 ON 11/20 REFERENCE NO: IB001926 | 500.00 | | |
| 11/20/13 | PAYMENT TO ALLEN CREDIT AND-ALLENCREDT | 20.00 | | 2,855.72 |
| 11/21/13 | PURCHASE MADE ON 11/19/13 AT SIDEWALK CAFE NEW YORK NY | 6.44 | | |
| 11/21/13 | PURCHASE MADE ON 11/19/13 AT MCDONALD'S F1074 ROSEDALE NY | 9.33 | | |
| 11/21/13 | PURCHASE MADE ON 11/21/13 AT SEAMLESS 800-905-9322 NY | 12.51 | | |
| 11/21/13 | PURCHASE MADE ON 11/21/13 AT SEAMLESS 800-905-9322 NY | 22.66 | | |
| 11/21/13 | PURCHASE MADE ON 11/20/13 AT VALLEY CATERERS FRANKLIN SQ NY | 30.52 | | |
| 11/21/13 | PURCHASE ON 11/20 AT AGATA & VALENTINA SMV NEW YORK NY | 48.18 | | |
| 11/21/13 | PURCHASE MADE ON 11/19/13 AT HARU NEW YORK NY | 144.32 | | |
| 11/21/13 | CASH WITHDRAWAL ON 11/21 AT HSBC ATM 260 SUNRISE HWY VALLEY STRM NY | 500.00 | | 2,081.76 |
| 11/22/13 | PURCHASE MADE ON 11/21/13 AT STARBUCKS #15685 NEW Y NEW YORK NY | 9.42 | | |
| 11/22/13 | PURCHASE MADE ON 11/21/13 AT CHIPOTLE 1766 NEW YORK NY | 21.75 | | |
| 11/22/13 | PURCHASE MADE ON 11/21/13 AT AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 33.73 | | |
| 11/22/13 | CHECK #3912 | 41.33 | | |
| 11/22/13 | CHECK #3911 | 69.26 | | |
| 11/22/13 | CHECK #3913 | 133.25 | | 1,773.02 |
| 11/25/13 | ATM OR OTHER ELECTRONIC BANKING TRANSACTION | | 3,000.00 | |
| 11/25/13 | PURCHASE MADE ON 11/23/13 AT AMAZON.COM AMZN.COM/BILL WA | 4.41 | | |
| 11/25/13 | PURCHASE MADE ON 11/21/13 AT HOT & CRUSTY BAKERDELI NEW YORK NY | 10.91 | | |
| 11/25/13 | PURCHASE MADE ON 11/24/13 AT SEAMLESS 800-905-9322 NY | 22.54 | | |



ROBERT ROMANOFF

**CHOICE CHECKING**
**Statement of Account**
Account Number 609-71615-8

**October 26, 2013 - November 27, 2013**
Page 5 of 6

## TRANSACTION DETAIL

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 11/25/13 | PURCHASE MADE ON 11/25/13 AT SEAMLESS 800-905-9322 NY | 25.24 | | |
| 11/25/13 | PURCHASE MADE ON 11/25/13 AT SEAMLESS 800-905-9322 NY | 35.12 | | |
| 11/25/13 | PURCHASE MADE ON 11/21/13 AT DUANE READE #14398 NEW YORK NY | 51.31 | | |
| 11/25/13 | PURCHASE MADE ON 11/22/13 AT AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 52.08 | | |
| 11/25/13 | PURCHASE MADE ON 11/24/13 AT MAISON KAYSER - 12 NEW YORK NY | 64.76 | | |
| 11/25/13 | PURCHASE MADE ON 11/22/13 AT EROBERTPARKER.COM LLC 06173238745 GA | 99.00 | | |
| 11/25/13 | PURCHASE MADE ON 11/23/13 AT AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 106.00 | | |
| 11/25/13 | PURCHASE MADE ON 11/23/13 AT MICHAEL ANGELO S WO NEW YORK NY | 188.10 | | 4,113.55 |
| 11/26/13 | PURCHASE MADE ON 11/24/13 AT BAKED BY MELISSA - UES NEW YORK NY | 18.50 | | |
| 11/26/13 | PURCHASE MADE ON 11/25/13 AT AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 94.90 | | |
| 11/26/13 | PURCHASE MADE ON 11/25/13 AT HARMONY BY KARATE INC 06463872073 NJ | 265.00 | | |
| 11/26/13 | CHECK #3916 | 160.00 | | |
| 11/26/13 | CHECK #3910 | 285.00 | | 3,290.15 |
| 11/27/13 | PURCHASE MADE ON 11/26/13 AT NETFLIX.COM NETFLIX.COM CA | 7.99 | | |
| 11/27/13 | CHECK #3914 | 200.00 | | |
| 11/27/13 | CHECK #3909 | 250.00 | | 2,832.16 |

## OVERDRAFT FEE SUMMARY

| FEE DESCRIPTION | STATEMENT PERIOD TOTAL | YEAR-TO-DATE TOTAL |
|---|---|---|
| TOTAL OVERDRAFT FEES (NSF/UNA PAID) | $0.00 | $525.00 |
| TOTAL RETURNED ITEM FEES (NSF/UNA UNPAID) | $0.00 | $175.00 |

## ITEMS PAID ON THIS STATEMENT:

**NUMBERED CHECKS:**

| | | | |
|---|---|---|---|
| #3701 ..........40.00 | #3900 ..........2,200.00 * | #3901 ..........126.49 | #3902 ..........724.60 |
| #3903 ..........39.12 | #3904 ..........31.83 | #3905 ..........23.08 | #3909 ..........250.00 * |
| #3910 ..........285.00 | #3911 ..........69.26 | #3912 ..........41.33 | #3913 ..........133.25 |
| #3914 ..........200.00 | #3916 ..........160.00 * | | |

\* GAP IN PAID CHECK SEQUENCE

**OTHER ITEMS:**

| | | | |
|---|---|---|---|
| 7.99 | 9.96 | 26.37 | 99.62 |
| 100.00 | 151.31 | 205.34 | 265.00 |
| 400.00 | 3.21 | 9.23 | 10.88 |
| 16.11 | 18.00 | 18.12 | 21.78 |
| 38.77 | 48.19 | 60.00 | 96.65 |
| 121.26 | 7.60 | 14.99 | 18.15 |
| 43.75 | 134.10 | 416.77 | 29.88 |
| 32.30 | 35.83 | 59.95 | 1,500.00 |
| 50.00 | 100.00 | 100.00 | 200.00 |
| 400.00 | 15.00 | 5.95 | 6.99 |
| 8.88 | 11.00 | 18.48 | 20.09 |



ROBERT ROMANOFF

**CHOICE CHECKING**
**Statement of Account**
Account Number 609-71615-8

October 26, 2013 - November 27, 2013
Page 6 of 6

OTHER ITEMS:

| | | | |
|---:|---:|---:|---:|
| 24.94 | 29.88 | 36.39 | 40.00 |
| 50.69 | 51.59 | 71.56 | 85.11 |
| 92.57 | 100.00 | 144.95 | 245.97 |
| 400.00 | 400.00 | 773.29 | 12.81 |
| 14.23 | 19.73 | 48.82 | 56.60 |
| 94.88 | 104.08 | 141.31 | 158.95 |
| 370.22 | 450.47 | 450.47 | 879.51 |
| 4,795.00 | 7,947.04 | 20.00 | 22.56 |
| 30.70 | 7.42 | 7.89 | 100.00 |
| 130.43 | 200.00 | 6.00 | 9.99 |
| 21.23 | 27.34 | 28.31 | 30.03 |
| 400.00 | 43.50 | 27.16 | 30.97 |
| 34.45 | 630.00 | 12.48 | 14.50 |
| 14.64 | 500.00 | 20.00 | 6.44 |
| 9.33 | 12.51 | 22.66 | 30.52 |
| 48.18 | 144.32 | 500.00 | 9.42 |
| 21.75 | 33.73 | 4.41 | 10.91 |
| 22.54 | 25.24 | 35.12 | 51.31 |
| 52.08 | 64.76 | 99.00 | 106.00 |
| 188.10 | 18.50 | 94.90 | 265.00 |
| 7.99 | | | |