UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re Robert Romanoff
Debtor

Case No. 13-40002
Reporting Period: 11/28/13 - 12/31/13

Social Security # 5222
(last 4 digits only)

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | x | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | x | |
| Copies of bank statements | | x | |
| Disbursement Journal | MOR-2 (INDV) | x | |
| Balance Sheet | MOR-3 (INDV) | | |
| Copies of tax returns filed during reporting period | | n/a | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | x | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | x | |
| Debtor Questionnaire | MOR-6 (INDV) | y | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor  *Robert Romanoff*    Date   1/14/2014

Signature of Joint Debtor                  Date

FORM MOR (INDV)
2/2008
PAGE 1 OF 1

In re Robert Romanoff                                         Case No. 13-40002
Debtor                                                        Reporting Period: 11/28/13 - 12/31/13

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---:|---:|
| **Cash - Beginning of Month** | 1,172.16 | 4,589.50 |
| **RECEIPTS** | | |
| Wages (Net) | | |
| **Interest and Dividend Income** | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income *(attach schedule)* | 53,152.73 | 56,152.73 |
| **Total Receipts** | 53,152.73 | 56,152.73 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| **Other Secured Note Payments** | | |
| Utilities | 729.55 | 973.39 |
| Insurance | 7,245.00 | 7,245.00 |
| Auto Expense | 370.00 | 370.00 |
| Lease Payments | | - |
| IRA Contributions | | - |
| Repairs and Maintenance | 241.15 | 441.15 |
| Medical Expenses | 215.00 | 215.00 |
| Food, Clothing, Hygiene | 8,862.70 | 10,667.05 |
| Charitable Contributions | | - |
| Alimony and Child Support Payments | | - |
| Taxes - Real Estate | | - |
| Taxes - Personal Property | 150.00 | 150.00 |
| Taxes - Other *(attach schedule)* | | - |
| Travel and Entertainment | 74.39 | 626.38 |
| Gifts | | - |
| Other *(attach schedule)* | 21,329.06 | 23,774.06 |
| **Total Ordinary Disbursements** | 39,216.85 | 44,462.03 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| **Total Reorganization Items** | 0 | 0 |
| **Total Disbursements** *(Ordinary + Reorganization)* | 39,216.85 | 44,462.03 |
| **Net Cash Flow** *(Total Receipts - Total Disbursements)* | 13,935.88 | 11,690.70 |
| **Cash - End of Month** *(Must equal reconciled bank statement)* | 15,108.04 | 16,280.20 |

In re Robert Romanoff  
Debtor

Case No. 13-40002  
Reporting Period: 11/28/13 - 12/31/13

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | 53,152.73 | |
| 1099 income- Absolute Electric | 10,500.00 | |
| Rental Income | 8,500.00 | |
| Deutche Bank- Carlyle Group Distribution | 28944.64 | |
| Transfers to close out HSBC | 5208.09 | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | 21,329.06 | |
| storage (nov + dec) | 2,542.32 | |
| bank transfer | 6,238.53 | |
| school fees | 3,335.93 | |
| interest expense (nov + dec) | 8,970.00 | |
| computer checks | 227.28 | |
| bank charges | 15.00 | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| TOTAL DISBURSEMENTS | | 39,216.85 |
|---|---|---|
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 0 | |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | | 39,216.85 |

In re Robert Romanoff  
Debtor

Case No. 13-40002  
Reporting Period: 11/28/13 - 12/31/13

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.
(Bank account numbers may be redacted to last four numbers.)

|  | Operating #6082 | Payroll # | Tax # | Other #6158 |
|---|---|---|---|---|
| BALANCE PER BOOKS | 15,108.04 | n/a | n/a | 0 |
| BANK BALANCE | 21,199.08 |  |  | 0 |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | 0 |  |  | 0 |
| (-) OUTSTANDING CHECKS (ATTACH LIST): | (6,091.04) |  |  | 0 |
| OTHER (ATTACH EXPLANATION) | 0 |  |  | 0 |
| ADJUSTED BANK BALANCE * | 15,108.04 |  |  |  |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| n/a |  |  |  | 0 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| Nicholas Romanoff | 1002 | -400 |  | 0 |
| James Peterson | 1013 | -133.78 |  |  |
| Dept Of Revenue CT | 1019 | -50 |  |  |
| Public Storage | 1020 | -1,271.16 |  |  |
| AF Funding | 1021 | -3820 |  |  |
| Poland Springs | 1022 | -39.12 |  |  |
| Gutierrez Lawn Irregation | 1023 | -107.37 |  |  |
| Con Ed | 1024 | -120.01 |  |  |
| Con Ed | 1025 | -149.6 |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  | -6,091.04 |  |  |

**OTHER**

_____
_____
_____
_____
_____

FORM MOR-1 (CONT)  
2/2008  
PAGE 1 OF 1

In re Robert Romanoff  
Debtor

Case No. 13-40002  
Reporting Period: 11/28/13 - 12/31/13

## DISBURSEMENT JOURNAL
### CASH DISBURSEMENTS xx6158

| Date | Payee | Purpose | Amount |
|---|---|---|---|
| 11/29/2013 | maison kaiser | Food, Clothing, Hygiene | 24.55 |
| 11/29/2013 | jassie nowski | other/school pictures | 35.93 |
| 11/29/2013 | imperial wine | Food, Clothing, Hygiene | 51.14 |
| 11/29/2013 | agata | Food, Clothing, Hygiene | 91.54 |
| 12/2/2012 | amazon | Food, Clothing, Hygiene | 5.94 |
| 12/2/2012 | amazon | Food, Clothing, Hygiene | 7.36 |
| 12/2/2012 | itunes | entertainment | 9.95 |
| 12/2/2012 | seamless | Food, Clothing, Hygiene | 10.33 |
| 12/2/2012 | seamless | Food, Clothing, Hygiene | 19.27 |
| 12/2/2012 | seamless | Food, Clothing, Hygiene | 20.73 |
| 12/2/2012 | amazon | Food, Clothing, Hygiene | 27.99 |
| 12/2/2012 | amazon | Food, Clothing, Hygiene | 49.00 |
| 12/2/2012 | nybg | medical | 55.00 |
| 12/2/2012 | ticket master | entertainment | 62.45 |
| 12/2/2012 | amazon | Food, Clothing, Hygiene | 71.98 |
| 12/2/2012 | duanr reade | Food, Clothing, Hygiene | 81.03 |
| 12/2/2012 | nybg | medical | 160.00 |
| 12/2/2012 | 28-40 w 23rd | Food, Clothing, Hygiene | 176.01 |
| 12/2/2012 | soho house | Food, Clothing, Hygiene | 355.70 |
| 12/2/2012 | public storage rental | other/storage rental | 370.22 |
| 12/2/2012 | public storage rental | other/storage rental | 450.47 |
| 12/2/2012 | public storage rental | other/storage rental | 450.47 |
| 12/3/2013 | bank fee | other/fee | 15.00 |
| 12/4/2013 | transfer | bank transfer | 1,030.44 |
| 12/4/2013 | amazon | Food, Clothing, Hygiene | 9.03 |
| 12/4/2013 | itunes | entertainment | 1.99 |
| 12/5/2013 | seamless | Food, Clothing, Hygiene | 20.75 |
| 12/5/2013 | amazon | Food, Clothing, Hygiene | 26.97 |
| 12/5/2013 | atm | Food, Clothing, Hygiene | 280.00 |
| 12/5/2013 | atm | Food, Clothing, Hygiene | 480.00 |
| 12/5/2013 | mcdonalds | Food, Clothing, Hygiene | 12.83 |
| | Total Cash Disbursements | | 4,464.07 |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|---|---|---|---|---|
| 12/3/2013 | robert romanoff dip | open chase account | 5,000.00 | 3687 |
| 12/4/2013 | robert romanoff dip | close hsbc acct | 208.09 | dft |
| | Total Bank Account Disbursements | | 5208.09 | |

| | | | |
|---|---|---|---|
| | Total Disbursements for the Month | | 9,672.16 |

In re  Robert Romanoff  
Debtor

Case No. 13-40002  
Reporting Period: 11/28/13 - 12/31/13

# DISBURSEMENT JOURNAL
## CASH DISBURSEMENTS xx6082

| Date | Payee | Purpose | Amount |
|---|---|---|---:|
| 12/5/2013 | Misc | Misc:BANK CHARGES | (15.00) |
| 12/5/2013 | Intuit - Quickbooks Che | Other (attach schedule) | (212.28) |
| 12/8/2013 | Cash | Food, Clothing, Hygiene | (300.00) |
| 12/9/2013 | Robert Romanoff | Food, Clothing, Hygiene | (325.00) |
| 12/10/2013 | Robert ROMANOFF | Food, Clothing, Hygiene | (200.00) |
| | | **Total Cash Disbursements** | **(1,052.28)** |

## BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|---|---|---|---:|---:|
| 12/10/2013 | Karen Romanoff | Food, Clothing, Hygiene | -2,300.00 | 1001 |
| 12/10/2013 | Nicholas Romanoff | Food, Clothing, Hygiene | -400 | 1002 |
| 12/10/2013 | Nicholas Romanoff | Food, Clothing, Hygiene | -400 | 1003 |
| 12/15/2013 | Karen Romanoff | Food, Clothing, Hygiene | -1,021.16 | 1004 |
| 12/15/2013 | AIG Private Client Group | Insurance | -2,450.00 | 1005 |
| 12/15/2013 | Dwight School | Other (attach schedule) | -3,300.00 | 1006 |
| 12/15/2013 | AF FUNDING LL | Other (attach schedule) | -5,150.00 | 1007 |
| 12/15/2013 | TIME WARNER CABL | Utilities | -207.2 | 1008 |
| 12/15/2013 | Collectors Car Storage | Auto Expense | -370 | 1009 |
| 12/15/2013 | Poland Springs | Food, Clothing, Hygiene | -39.12 | 1010 |
| 12/15/2013 | Con Ed    525-8d | Utilities | -111.91 | 1011 |
| 12/15/2013 | Con Ed    525-8e | Utilities | -140.83 | 1012 |
| 12/15/2013 | James Peterson | Repairs and Maintenance | -133.78 | 1013 |
| 12/15/2013 | PRUDential Life | Insurance | -4,795.00 | 1014 |
| 12/18/2013 | Karen Romanoff | Food, Clothing, Hygiene | -2,016.15 | 1015 |
| 12/18/2013 | Dept Of Revenue CT | other-penalties | -50 | 1017 |
| 12/18/2013 | Dept Of Revenue CT | other-penalties | -50 | 1018 |
| 12/18/2013 | Dept Of Revenue CT | other-penalties | -50 | 1019 |
| 12/28/2013 | PUBLIC Storage | Other (attach schedule) | -1,271.16 | 1020 |
| 12/28/2013 | AF FUNDING LL | Other (attach schedule) | -3,820.00 | 1021 |
| 12/28/2013 | Poland Springs | Food, Clothing, Hygiene | -39.12 | 1022 |
| 12/28/2013 | Gutierrez Lawn Irregation | Repairs and Maintenance | -107.37 | 1023 |
| 12/28/2013 | Con Ed | Utilities | -120.01 | 1024 |
| 12/28/2013 | Con Ed | Utilities | -149.6 | 1025 |
| | | **Total Bank Account Disbursements** | **(28,492.41)** | |
| | | **Total Disbursements for the Month** | **(29,544.69)** | |

FORM MOR-2 (INDV) (2)  
2/2008  
PAGE 1 OF 1

| In re Robert Romanoff | Case No. 13-40002 |
|---|---|
| Debtor | Reporting Period: 11/28/13 - 12/31/13 |

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **SCHEDULE A REAL PROPERTY** | | |
| Primary Residence | 1,700,000.00 | 1,700,000.00 |
| | | |
| | | |
| | | |
| Other Property *(attach schedule)* | | |
| TOTAL REAL PROPERTY ASSETS | 1,700,000.00 | 1,700,000.00 |
| **SCHEDULE B PERSONAL PROPERTY** | | |
| Cash on Hand | - | - |
| Bank Accounts | 15,108.04 | 30,892.00 |
| Security Deposits | 33,600.00 | 33,600.00 |
| Household Goods & Furnishings | 25,000.00 | 25,000.00 |
| Books, Pictures, Art | 730,219.00 | 730,219.00 |
| Wearing Apparel | 63,592.00 | 63,592.00 |
| Furs and Jewelry | 10,000.00 | 10,000.00 |
| Firearms & Sports Equipment | 1,000.00 | 1,000.00 |
| Insurance Policies | 11,167.00 | 11,167.00 |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | | |
| Stocks | | |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | | |
| Accounts Receivable | | |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims * see note below | - | - |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | 235,000.00 | 235,000.00 |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | - | - |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property *(attach schedule)* | 507,496.00 | 507,496.00 |
| TOTAL PERSONAL PROPERTY | 1,632,182.04 | 1,647,966.00 |
| TOTAL ASSETS | 3,332,182.04 | 3,347,966.00 |

FORM MOR-3 (INDV)
2/2008
PAGE 1 OF 2

In re Robert Romanoff  
Debtor

Case No. 13-40002  
Reporting Period: 11/28/13 - 12/31/13

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Federal Income Taxes (not deducted from wages) | - | - |
| FICA/Medicare (not deducted from wages) | - | - |
| State Taxes (not deducted from wages) | - | - |
| Real Estate Taxes | - | - |
| Other Taxes *(attach schedule)* | | |
| TOTAL TAXES | - | - |
| Professional Fees | - | - |
| Other Post-petition Liabilities *(list creditors)* | | - |
| | | |
| * pending litegation against Gerald Romanoff, Sheryl Romanoff, Michael Zimmerman, Michael Shah, | | |
| Delshah, and related entitties. Value is unknown and subject to appraisel by a court of competent jurisdiction. | | |
| TOTAL POST-PETITION LIABILITIES | - | - |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | 1,323,533.00 | 1,323,533.00 |
| Priority Debt | 85,000.00 | 85,000.00 |
| Unsecured Debt | 165,930.00 | 165,930.00 |
| TOTAL PRE-PETITION LIABILITIES | 1,574,463.00 | 1,574,463.00 |
| TOTAL LIABILITIES | 1,574,463.00 | 1,574,463.00 |

FORM MOR-3 (INDV)  
2/2008  
PAGE 2 OF 2

In re **Robert Romanoff**  Case No. **13-40002**
**Debtor**  Reporting Period: **11/28/13 - 12/31/13**

## SUMMARY OF UNPAID POST-PETITION DEBTS

| | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Mortgage | | | | | | 0 |
| Rent | | | | | | 0 |
| Secured Debt/Adequate Protection Payments | | | | | | 0 |
| Professional Fees | | | | | | 0 |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Post-petition Debts** | 0 | 0 | 0 | 0 | 0 | 0 |

Explain how and when the Debtor intends to pay any past due post-petition debts.

_____
_____
_____
_____
_____

In re Robert Romanoff   Case No. 13-40002
Debtor   Reporting Period: 11/28/13 - 12/31/13

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| no payments set up as of 12/31/13 | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL PAYMENTS | | |

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| no installments set up as of 12/31/13 | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

In re Robert Romanoff  
Debtor

Case No. 13-40002  
Reporting Period: 11/28/13 - 12/31/13

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 6 | Are any post petition State or Federal income taxes past due? | | X |
| 7 | Are any post petition real estate taxes past due? | | X |
| 8 | Are any other post petition taxes past due? | | X |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 10 | Are any amounts owed to post petition creditors delinquent? | | X |
| 11 | Have any post petition loans been been received by the Debtor from any party? | | X |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |

**HSBC**

MDG2013    003384  1 AT    0384

ROBERT ROMANOFF
302A W 12TH ST # 118
NEW YORK NY 10014-1947

32-00609

CHOICE CHECKING
**Statement of Account**
Account Number

November 28, 2013 - December 10, 2013
Page 1 of 3

**Questions?**
Call 800-975-4722 or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

Effective January 1, 2014, HSBC Bank USA, NA will no longer accept Travelers Cheques for deposit, payment or encashment. Please call 1 800 975 4722 if you have any questions.

SUMMARY OF ACTIVITY FOR THE PERIOD   11/28/13   TO   12/10/13          DATE OF LAST STATEMENT WAS   11/27/13

| | | | |
|---|---|---|---|
| YOUR BALANCE ON 11/27/13 WAS | 2,832.16 | INTEREST PAID THIS YEAR | .20 |
| THERE WERE CHECKS AND OTHER SUBTRACTIONS | -11,876.01 | OVERDRAFT ACCOUNT NUMBER | |
| THERE WERE DEPOSITS AND OTHER ADDITIONS | 9,058.85 | | |
| THERE WERE CHARGES AND FEES OF | -15.00 | | |
| YOUR BALANCE ON 12/10/13 | .00 | | |

**TRANSACTION DETAIL**

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 11/29/13 | PURCHASE MADE ON 11/28/13 AT MAISON KAYSER - 12 NEW YORK   NY | 24.55 | | |
| 11/29/13 | PURCHASE MADE ON 11/29/13 AT JASIENOWSKI STUDIO INC 718-417-4317 NY | 35.93 | | |
| 11/29/13 | PURCHASE MADE ON 11/28/13 AT IMPERIAL WINES & LIQUO NEW YORK   NY | 51.14 | | |
| 11/29/13 | PURCHASE ON 11/28 AT AGATA & VALENTINA SMV NEW YORK   NY | 91.54 | | |
| 11/29/13 | CHECK #3915 | 1,660.00 | | 969.00 |
| 12/02/13 | ONLINE TRANSFER FROM ACCOUNT 09103355040 ON 12/01 REFERENCE NO: IB104335 | | 200.00 | |
| 12/02/13 | 33RECD CHIP JPMORGAN CHASE BANK*ORG:LAUREN E. LEVINE AND /OR,RYE NY 10580-4112*BNF:ROBERT ROMANOFF,NEW YORK*STCHI PSEQ:0361368*TIME:1055*YR REF:OS1 OF 13/12/02*MMB REF:33 6492399 | | 8,500.00 | |
| 12/02/13 | PURCHASE MADE ON 12/01/13 AT AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 5.94 | | |
| 12/02/13 | PURCHASE MADE ON 11/30/13 AT AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 7.36 | | |
| 12/02/13 | PURCHASE MADE ON 12/01/13 AT APL*APPLE ITUNES STORE 866-712-7753 CA | 9.95 | | |
| 12/02/13 | PURCHASE MADE ON 12/02/13 AT SEAMLESS 800-905-9322 NY | 10.33 | | |
| 12/02/13 | PURCHASE MADE ON 11/30/13 AT SEAMLESS 800-905-9322 NY | 19.27 | | |
| 12/02/13 | PURCHASE MADE ON 12/01/13 AT SEAMLESS 800-905-9322 NY | 20.73 | | |
| 12/02/13 | PURCHASE MADE ON 11/30/13 AT AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 27.99 | | |
| 12/02/13 | PURCHASE MADE ON 12/01/13 AT AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 49.00 | | |
| 12/02/13 | PURCHASE MADE ON 12/01/13 AT NYBGONSITEVS7188178649 BRONX   NY | 55.00 | | |
| 12/02/13 | PURCHASE MADE ON 12/01/13 AT TICKETSNOWTICKETMASTER 800-927-2770 IL | 62.45 | | |

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

000000   0102003384005270

**CHOICE CHECKING**
Statement of Account
Account Number

ROBERT ROMANOFF

November 28, 2013 - December 10, 2013
Page 2 of 3

## TRANSACTION DETAIL

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 12/02/13 | PURCHASE MADE ON 11/30/13 AT AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 71.98 | | |
| 12/02/13 | PURCHASE MADE ON 11/30/13 AT DUANE READE #14151 NEW YORK NY | 81.03 | | |
| 12/02/13 | PURCHASE MADE ON 11/30/13 AT NYBGWEBVISIT7188178649 718-817-8700 NY | 160.00 | | |
| 12/02/13 | PURCHASE ON 11/29 AT 28-40 W 23RD STREET NEW YORK NY | 176.01 | | |
| 12/02/13 | PURCHASE MADE ON 11/30/13 AT SOHO HOUSE CLUB NEW YORK NY | 355.70 | | |
| 12/02/13 | PAYMENT TO PUBLIC STORAGE I-RENTAL | 370.22 | | |
| 12/02/13 | PAYMENT TO PUBLIC STORAGE I-RENTAL | 450.47 | | |
| 12/02/13 | PAYMENT TO PUBLIC STORAGE I-RENTAL | 450.47 | | |
| 12/02/13 | FUNDS TRANSFER INCOMING FEE | 15.00 | | 7,270.10 |
| 12/03/13 | PURCHASE MADE ON 12/03/13 AT AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 9.03 | | |
| 12/03/13 | CHECK #3687 | 5,000.00 | | 2,261.07 |
| 12/04/13 | ONLINE TRANSFER FROM CHECKING 00609788256 ON 12/04 REFERENCE NO: IB473521 | | 51.85 | |
| 12/04/13 | ONLINE TRANSFER TO CHECKING 00609723308 ON 12/04 REFERENCE NO: IB473430 | 48.97 | | |
| 12/04/13 | ONLINE TRANSFER TO CHECKING 00609783416 ON 12/04 REFERENCE NO: IB473408 | 1,540.29 | | 723.66 |
| 12/05/13 | DFT  0101985460 | 208.09 | | |
| 12/05/13 | PURCHASE MADE ON 12/04/13 AT APL*APPLE ITUNES STORE 866-712-7753 CA | 1.99 | | |
| 12/05/13 | PURCHASE MADE ON 12/05/13 AT SEAMLESS 800-905-9322 NY | 20.75 | | |
| 12/05/13 | PURCHASE MADE ON 12/05/13 AT AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 26.97 | | |
| 12/05/13 | CASH WITHDRAWAL ON 12/04 AT HSBC ATM 1165 THIRD AVE AT 68TH NEW YORK NY | 280.00 | | |
| 12/05/13 | CASH WITHDRAWAL ON 12/04 AT HSBC ATM 1165 THIRD AVE AT 68TH NEW YORK NY | 480.00 | | -294.14 |
| 12/06/13 | TRANSFER FROM LINE OF CREDIT | | 295.00 | |
| 12/06/13 | PURCHASE MADE ON 12/04/13 AT MCDONALD'S F1074 ROSEDALE NY | 12.83 | | -11.97 |
| 12/09/13 | TRANSFER FROM LINE OF CREDIT | | 12.00 | |
| 12/09/13 | TRANSFER | .03 | | 0.00 |

## OVERDRAFT FEE SUMMARY

| FEE DESCRIPTION | STATEMENT PERIOD TOTAL | YEAR-TO-DATE TOTAL |
|---|---|---|
| TOTAL OVERDRAFT FEES (NSF/UNA PAID) | $0.00 | $525.00 |
| TOTAL RETURNED ITEM FEES (NSF/UNA UNPAID) | $0.00 | $175.00 |

## ITEMS PAID ON THIS STATEMENT:

**NUMBERED CHECKS:**

#3687 .........5,000.00     #3915 .........1,660.00 *

* GAP IN PAID CHECK SEQUENCE

**OTHER ITEMS:**

| | | | |
|---|---|---|---|
| 24.55 | 35.93 | 51.14 | 91.54 |
| 5.94 | 7.36 | 9.95 | 10.33 |
| 19.27 | 20.73 | 27.99 | 49.00 |



**ROBERT ROMANOFF**

**CHOICE CHECKING**
**Statement of Account**
Account Number 

**November 28, 2013 - December 10, 2013**
Page 3 of 3



**OTHER ITEMS:**

| | | | |
|---|---|---|---|
| 55.00 | 62.45 | 71.98 | 81.03 |
| 160.00 | 176.01 | 355.70 | 370.22 |
| 450.47 | 450.47 | 15.00 | 9.03 |
| 48.97 | 1,540.29 | 208.09 | 1.99 |
| 20.75 | 26.97 | 280.00 | 480.00 |
| 12.83 | 0.03 | | |



000000   0202003384005271

# How to balance your Account

| | AREA "A" | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | TOTAL | |

USE THESE STEPS TO BRING YOUR REGISTER BALANCE INTO AGREEMENT WITH THIS STATEMENT.

1. Adjust your register balance for interest (if any) not previously recorded.
2. Compare deposits, interest and other additions shown on this statement with your records.
   a) Adjust your register balance for any automatic transfers or other additions not previously recorded.
   b) Record recent deposits made but not showing on this statement in area "A."
3. Compare checks shown on this statement with your records and record in area "B" all checks/withdrawals which have been written or made but have not been charged to your acount.
4. Compare other subtractions shown on this statement with your records.
   a) List those which have been made but are not shown on this statement in area "B."
   b) Adjust your register balance for any other subtractions not previously recorded.
5. Compare fees charged to your account with your records and adjust your register balance for any not previously recorded.

| | AREA "B" | AMOUNT |
|---|---|---|
| 6. Enter new balance shown on statement. | | |
| 7. Enter total area "A." | | |
| 8. Add lines 6 and 7. | | |
| 9. Enter total from area "B." | | |
| 10. Subtract line 9 from line 8. This should be your present register balance. If not, the most common mistakes are either an error in arithmetic or a service charge not listed in your register. If you need further assistance, please bring this statement to your banking office. | | |

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | TOTAL | |
| Add the Check Charges for the outstanding checks listed above, if applicable. | | |
| | GRAND TOTAL | |

## For Consumer Accounts Only:

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Electronic transfers (called transfers below) mean a) deposits, withdrawals, or payments made at an ATM or store terminal, b) bill payer transfers, c) all other electronic transfers (e.g., payroll deposits, Social Security deposits, insurance payments, etc.).

If you think your statement or receipt is wrong, or if you need more information about a transfer on the statement or receipt, TELEPHONE US OR WRITE TO US AS SOON AS YOU CAN -- USE THE TELEPHONE NUMBER OR ADDRESS ON THE FRONT OF THIS STATEMENT.

We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have the use of the money during the time it takes to complete our investigation.

In case of any other error, like a forged or altered check or an error in non-electronic deposit, you must report the error within 14 days of the mailing or delivery of this statement or the account will be considered correct.

    Member FDIC

HSBC Bank USA, National Association
© 2008 HSBC Bank USA, National Association



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

December 03, 2013 through December 31, 2013
Account Number: ███████

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00032068 DRE 802 142 00114 YNNNNNNNNNN T 1 000000000 66 0000
ROBERT S ROMANOFF DIP
DEBTOR IN POSSESSION
CASE #13-23897
302A W 12TH ST # 118
NEW YORK NY 10014-7906



## CHECKING SUMMARY
Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $0.00 |
| Deposits and Additions | 5 | 44,652.73 |
| Checks Paid | 15 | - 22,401.37 |
| Electronic Withdrawals | 1 | - 212.28 |
| Fees and Other Withdrawals | 4 | - 840.00 |
| **Ending Balance** | **25** | **$21,199.08** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/03 | Deposit    1256805556 | $5,000.00 |
| 12/04 | Fedwire Credit Via: The Bank of New York Mellon/021000018 B/O: Robert Romanoff 302A W 12th St New York NY 10014-1947 Ref: Chase Nyc/Ctr/Bnf=Robert S Romanoff Dip Debtor IN New York, NY 100141947/Ac-000000005305 Rfb=O/B Bk of Nyc Bbi=/Bnf/76 Davis Avenue Ryeimad: 1204B1Q8153C004663 Trn: 4202909338Ff | 28,944.64 |
| 12/09 | Deposit    1266757097 | 3,000.00 |
| 12/09 | Deposit    1266995773 | 208.09 |
| 12/23 | Deposit    1276862678 | 7,500.00 |
| **Total Deposits and Additions** | | **$44,652.73** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1001  ^ | | 12/10 | $2,300.00 |
| 1003  * ^ | | 12/16 | 400.00 |
| 1004  ^ | | 12/16 | 1,021.16 |
| 1005  ^ | | 12/20 | 2,450.00 |
| 1006  ^ | | 12/19 | 3,300.00 |
| 1007  ^ | | 12/17 | 5,150.00 |

Page 1 of 4



December 03, 2013 through December 31, 2013

Account Number:

## CHECKS PAID *(continued)*

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1008 ^ | | 12/24 | 207.20 |
| 1009 ^ | | 12/26 | 370.00 |
| 1010 ^ | | 12/20 | 39.12 |
| 1011 ^ | | 12/23 | 111.91 |
| 1012 ^ | | 12/26 | 140.83 |
| 1014 * ^ | | 12/23 | 4,795.00 |
| 1015 ^ | 12/18 | 12/18 | 2,016.15 |
| 1017 * ^ | | 12/27 | 50.00 |
| 1018 ^ | | 12/30 | 50.00 |

**Total Checks Paid**     **$22,401.37**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/05 | Intuit    Qbooks/Pro 9058178    CCD ID: 0000756346 | $212.28 |

**Total Electronic Withdrawals**     **$212.28**

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/04 | Incoming Domestic Wire Fee | $15.00 |
| 12/09 | 12/07 Withdrawal | 300.00 |
| 12/09 | 12/09 Withdrawal | 325.00 |
| 12/10 | 12/10 Withdrawal | 200.00 |

**Total Fees & Other Withdrawals**     **$840.00**

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 12/03 | $5,000.00 | 12/19 | 21,913.14 |
| 12/04 | 33,929.64 | 12/20 | 19,424.02 |
| 12/05 | 33,717.36 | 12/23 | 22,017.11 |
| 12/09 | 36,300.45 | 12/24 | 21,809.91 |
| 12/10 | 33,800.45 | 12/26 | 21,299.08 |
| 12/16 | 32,379.29 | 12/27 | 21,249.08 |
| 12/17 | 27,229.29 | 12/30 | 21,199.08 |
| 12/18 | 25,213.14 | | |



December 03, 2013 through December 31, 2013

Account Number:

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 19 |
| Deposits / Credits | 5 |
| Deposited Items | 6 |
| **Transaction Total** | **30** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |

