UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**In re** Robert Romanoff
**Debtor**

**Case No.** 13-40002
**Reporting Period:** 02/01/14-02/28/14

**Social Security #** 5222
(last 4 digits only)

**MONTHLY OPERATING REPORT**
**(INDIVIDUAL WAGE EARNERS)**

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | x | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | x | |
| Copies of bank statements | | x | |
| Disbursement Journal | MOR-2 (INDV) | x | |
| Balance Sheet | MOR-3 (INDV) | | |
| Copies of tax returns filed during reporting period | | n/a | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | x | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | x | |
| Debtor Questionnaire | MOR-6 (INDV) | y | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor Robert Romanoff Date 3/16/14

Signature of Joint Debtor Date

Robert Romanoff
**Debtor**

**Case No.** 13-40002
**Reporting Period:** 02/01/14-02/28/14

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 9,456.33 | |
| **RECEIPTS** | | - |
| Wages (Net) | | - |
| **Interest and Dividend Income** | | - |
| Alimony and Child Support | | - |
| Social Security and Pension Income | | - |
| Sale of Assets | | - |
| Other Income *(attach schedule)* | 53,500.00 | 149,431.84 |
| **Total Receipts** | 53,500.00 | 149,431.84 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 14,853.31 | 29,701.12 |
| Rental Payment(s) | | - |
| **Other Secured Note Payments** | | - |
| Utilities | 1,089.26 | 2,989.74 |
| Insurance | 4,795.00 | 16,835.00 |
| Auto Expense | 1,204.50 | 4,287.26 |
| Lease Payments | | - |
| IRA Contributions | | - |
| Repairs and Maintenance | 1,999.66 | 2,440.81 |
| Medical Expenses | 100.00 | 315.00 |
| Food, Clothing, Hygiene | 2,558.78 | 17,586.57 |
| Charitable Contributions | | - |
| Alimony and Child Support Payments | | - |
| Taxes - Real Estate | | - |
| Taxes - Personal Property | | 150.00 |
| Taxes - Other *(attach schedule)* | | - |
| Travel and Entertainment | 4,889.46 | 5,982.10 |
| Gifts | | - |
| Other *(attach schedule)* | 13,889.16 | 54,334.38 |
| **Total Ordinary Disbursements** | 45,379.13 | 134,621.98 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | 0 | 650 |
| Other Reorganization Expenses *(attach schedule)* | | |
| **Total Reorganization Items** | 0 | 650 |
| | | |
| **Total Disbursements** *(Ordinary + Reorganization)* | 45,379.13 | 135,271.98 |
| **Net Cash Flow** *(Total Receipts - Total Disbursements)* | 8,120.87 | 14,159.86 |
| **Cash - End of Month** *(Must equal reconciled bank statement)* | 17,577.20 | |

Robert Romanoff
**Debtor**

**Case No.** 13-40002
**Reporting Period:** 02/01/14-02/28/14

**INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS**
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | 53,500.00 | 146,431.84 |
| 1099 income- Absolute Electric | 15,000.00 | 31,500.00 |
| Rental Income | 8,500.00 | 25,500.00 |
| Deutche Bank- Carlyle Group Distribution | 30,000.00 | 58,944.64 |
| Transfers to close out HSBC | - | 5,208.09 |
| Insurant-return of Security Deposit | - | 25,200.00 |
| misc | | 79.11 |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | 13,889.16 | 51,889.38 |
| storage | 1,271.16 | 5,084.64 |
| bank transfer | | 7,738.53 |
| school fees | 7,676.00 | 19,311.93 |
| interest expense | 3,460.00 | 16,250.00 |
| computer checks | | 227.28 |
| bank charges | 42.00 | 57.00 |
| childcare | 1,440.00 | 3,220.00 |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |

**THE FOLLOWING SECTION MUST BE COMPLETED**
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:**

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS | 45,379.13 | 135,271.98 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUN | - | 1,500.00 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES | - | - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTE | 45,379.13 | 133,771.98 |

**In re** Robert Romanoff
**Debtor**

**Case No.** 13-40002
**Reporting Period:** 02/01/14-02/28/14

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating #6082 | Payroll # | Tax # | Other |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | 17,577.20 | | 1,500.00 | |
| | | | | |
| BANK BALANCE | 18,157.32 | | 1,500.00 | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | - | | - | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | 580.12 | | - | |
| OTHER *(ATTACH EXPLANATION)* | - | | - | |
| | | | | |
| **ADJUSTED BANK BALANCE *** | 17,577.20 | | 1,500.00 | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| n/a | | | | |
| | | | | |
| | | | | |
| | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| | | | | |
| ny ear eye infirmary | 1062 | 100.00 | | |
| holy cross | 1063 | 480.12 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | 580.12 | | |

**OTHER**

In re Robert Romanoff
Debtor

Case No. 13-40002
Reporting Period: 02/01/14-02/28/14

# DISBURSEMENT JOURNAL

## CASH DISBURSEMENTS xx6158

| Date | Payee | Purpose | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | NONE | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total Cash Disbursements | | | - |

## BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|---|---|---|---|---|
| | | | | |
| 2/1/2014 | PRUDential Life Insurance Compa | Insurance | (4,795.00) | 1061 |
| 2/3/2014 | Karen Romanoff | | (875.00) | 1044 |
| 2/5/2014 | Dwight School | other/school | (3,300.00) | 1047 |
| 2/5/2014 | Con Ed 525-8e | utilities | (168.49) | 1048 |
| 2/5/2014 | Con Ed 525-8d | utilities | (92.60) | 1049 |
| 2/5/2014 | VERIZONS 0131 | utilities | (256.09) | 1050 |
| 2/5/2014 | Poland Springs | Food, Clothing, Hygiene | (69.78) | 1051 |
| 2/5/2014 | City of Rye | repairs and maintenance | (70.00) | 1052 |
| 2/5/2014 | Luis Lopez | repairs and maintenance | (600.00) | 1053 |
| 2/5/2014 | WILDLIFE CONSERVATION | entertainment | (189.00) | 1054 |
| 2/5/2014 | Comcast Cable | utilities | (51.12) | 1055 |
| 2/5/2014 | Century Link | utilities | (40.84) | 1056 |
| 2/7/2014 | Hsbc | Mortgage | (3,925.62) | Debit |
| 2/7/2014 | HSBC 76 mortgage 5733592 | Mortgage | (10,927.69) | Debit |
| 2/13/2014 | Misc | Other/fee | (15.00) | Debit |
| 2/14/2014 | Karen Romanoff | | (2,459.36) | 1060 |
| 2/22/2014 | New York Eye And Ear Infirmary | medical | (100.00) | 1062 |
| 2/22/2014 | HOLY Cross Electric | utilities | (480.12) | 1063 |
| 2/22/2014 | Dwight School | other/school | (3,300.00) | 1064 |
| 2/22/2014 | Art Finance Partners | other int exp | (3,460.00) | 1065 |
| 2/27/2014 | PUBLIC Storage | other storage | (1,271.16) | 1057 |
| 2/27/2014 | Karen Romanoff | | (3,000.00) | 1067 |
| 2/27/2014 | Karen Romanoff | Auto | (862.50) | 1068 |
| 2/27/2014 | Karen romanoff | | (1,503.10) | 1069 |
| 2/27/2014 | Karen Romanoff | | (3,539.66) | 1070 |
| 2/28/2014 | Misc | Other/fee | (27.00) | Debit |
| | | | | |
| | | | | |
| Total Bank Account Disbursements | | | (45,379.13) | |

| Total Disbursements for the Month | (45,379.13) |
|---|---|

'28/14 Robert Romanoff
**Debtor**

**Case No.** 13-40002
**Reporting Period:** 02/01/14-02/28/14

**BALANCE SHEET**

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| *ASSETS* | *BOOK VALUE AT END OF CURRENT REPORTING MONTH* | *BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT* |
|---|---|---|
| *SCHEDULE A REAL PROPERTY* | | |
| Primary Residence | 1,950,000.00 | 1,700,000.00 |
| | | |
| | | |
| | | |
| Other Property *(attach schedule)* | | |
| *TOTAL REAL PROPERTY ASSETS* | 1,950,000.00 | 1,700,000.00 |
| *SCHEDULE B PERSONAL PROPERTY* | | |
| Cash on Hand | - | - |
| Bank Accounts | 19,077.20 | 30,892.00 |
| Security Deposits | 8,400.00 | 33,600.00 |
| Household Goods & Furnishings | 25,000.00 | 25,000.00 |
| Books, Pictures, Art | 730,219.00 | 730,219.00 |
| Wearing Apparel | 63,592.00 | 63,592.00 |
| Furs and Jewelry | 10,000.00 | 10,000.00 |
| Firearms & Sports Equipment | 1,000.00 | 1,000.00 |
| Insurance Policies | 11,167.00 | 11,167.00 |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | | |
| Stocks | | |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | | |
| Accounts Receivable | | |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims * see note below | - | - |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | 235,000.00 | 235,000.00 |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | - | - |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property *(attach schedule)* | 587,883.15 | 507,496.00 |
| *TOTAL PERSONAL PROPERTY* | 1,691,338.35 | 1,647,966.00 |
| *TOTAL ASSETS* | 3,641,338.35 | 3,347,966.00 |

'28/14 Robert Romanoff
**Debtor**

**Case No.** 13-40002
**Reporting Period:** 02/01/14-02/28/14

| *LIABILITIES AND OWNER EQUITY* | *BOOK VALUE AT END OF CURRENT REPORTING MONTH* | *BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT* |
|---|---|---|
| ***LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)*** | | |
| Federal Income Taxes (not deducted from wages) | - | - |
| FICA/Medicare (not deducted from wages) | - | - |
| State Taxes (not deducted from wages) | - | - |
| Real Estate Taxes | - | - |
| Other Taxes *(attach schedule)* | | |
| *TOTAL TAXES* | - | - |
| Professional Fees | - | - |
| Other Post-petition Liabilities *(list creditors)* | | - |
| | | |
| | | |
| * pending litegation against Gerald Romanoff, Sheryl Romanoff, Michael Zimmerman, Michael Shah, | | |
| Delshah,and related entitties. Value is unknown and subject to appraisel by a court of competent jurisdiction. | | |
| *TOTAL POST-PETITION LIABILITIES* | - | - |
| ***LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)*** | | |
| Secured Debt | 1,323,533.00 | 1,323,533.00 |
| Priority Debt | 85,000.00 | 85,000.00 |
| Unsecured Debt | 165,930.00 | 165,930.00 |
| *TOTAL PRE-PETITION LIABILITIES* | 1,574,463.00 | 1,574,463.00 |
| *TOTAL LIABILITIES* | 1,574,463.00 | 1,574,463.00 |

**In re** Robert Romanoff
**Debtor**

**Case No.** 13-40002
**Reporting Period:** 02/01/14-02/28/14

# SUMMARY OF UNPAID POST-PETITION DEBTS

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Mortgage | | | | | | 0 |
| Rent | | | | | | 0 |
| Secured Debt/Adequate Protection Payments | | | | | | 0 |
| Professional Fees | | | | | | 0 |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Post-petition Debts** | 0 | 0 | 0 | 0 | 0 | 0 |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

In re Robert Romanoff
Debtor

Case No. 13-40002
Reporting Period: 02/01/14-02/28/14

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| no payments set up as of 02/28/14 | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL PAYMENTS | | |

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| | | | |
| no installments set up as of 02/28/14 | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**In re** Robert Romanoff
**Debtor**

**Case No.** 13-40002
**Reporting Period:** 02/01/14-02/28/14

# DEBTOR QUESTIONNAIRE

| | **Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary.** | **Yes** | **No** |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 6 | Are any post petition State or Federal income taxes past due? | | X |
| 7 | Are any post petition real estate taxes past due? | | X |
| 8 | Are any other post petition taxes past due? | | X |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 10 | Are any amounts owed to post petition creditors delinquent? | | X |
| 11 | Have any post petition loans been been received by the Debtor from any party? | | X |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |

CHASE

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

February 01, 2014 through February 28, 2014
Account Number: [redacted]

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00019803 DRE 802 142 06014 NNNNNNNNNYN T 1 000000000 66 0000

ROBERT S ROMANOFF DIP
DEBTOR IN POSSESSION
CASE #13-23897
302A W 12TH ST # 118
NEW YORK NY 10014-7906




## CHECKING SUMMARY

Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$11,285.21** |
| Deposits and Additions | 6 | 53,500.00 |
| Checks Paid | 23 | - 31,732.58 |
| Electronic Withdrawals | 2 | - 14,853.31 |
| Fees and Other Withdrawals | 3 | - 42.00 |
| **Ending Balance** | **34** | **$18,157.32** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/04 | Book Transfer Credit B/O: Lauren E. Levine And/OR Rye NY 10580-4112 Trn: 4477200035Es | $8,500.00 |
| 02/07 | Deposit 1285209180 | 3,000.00 |
| 02/13 | Fedwire Credit Via: The Bank of New York Mellon/021000018 B/O: Robert Romanoff 302A W 12th St New York NY 10014-7906 Ref: Chase Nyc/Ctr/Bnf=Robert S Romanoff Dip Debtor IN New York, NY 100141947/Ac-000000005305 Rfb=O/B Bk of Nyc Bbi=/Bnf/5Xg022752 Imad: 0213B1Q8153C004767 Trn: 3094109044Ff | 10,000.00 |
| 02/14 | Deposit 1319840580 | 3,000.00 |
| 02/28 | Fedwire Credit Via: The Bank of New York Mellon/021000018 B/O: Robert Romanoff 302A W 12th St New York NY 10014-7906 Ref: Chase Nyc/Ctr/Bnf=Robert S Romanoff Dip Debtor IN New York, NY 100141947/Ac-000000005305 Rfb=O/B Bk of Nyc Bbi=/Bnf/5Xg022752 Imad: 0228B1Q8154C004111 Trn: 2886409059Ff | 20,000.00 |
| 02/28 | Deposit 1301833997 | 9,000.00 |
| **Total Deposits and Additions** | | **$53,500.00** |



February 01, 2014 through February 28, 2014
Account Number: [redacted]

You were charged a monthly service fee of $12.00 this period. You can avoid this fee in the future by maintaining a monthly minimum balance of $1,500.00. Your monthly minimum balance was $1,046.00.



## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 02/03 | $10,410.21 | 02/13 | 10,775.10 |
| 02/04 | 18,910.21 | 02/14 | 11,315.74 |
| 02/07 | 20,881.33 | 02/24 | 7,855.74 |
| 02/10 | 4,726.09 | 02/27 | 6,584.58 |
| 02/11 | 1,426.09 | 02/28 | 18,157.32 |
| 02/12 | 1,046.19 | | |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 25 |
| Deposits / Credits | 6 |
| Deposited Items | 5 |
| **Transaction Total** | **36** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $12.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$12.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$12.00** |



February 01, 2014 through February 28, 2014
Account Number: [REDACTED]

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1042 ^ | | 02/10 | $400.00 |
| 1044 * ^ | | 02/03 | 875.00 |
| 1045 ^ | | 02/07 | 430.23 |
| 1046 ^ | | 02/07 | 598.65 |
| 1047 ^ | | 02/11 | 3,300.00 |
| 1048 ^ | | 02/10 | 168.49 |
| 1049 ^ | | 02/10 | 92.60 |
| 1050 ^ | | 02/13 | 256.09 |
| 1051 ^ | | 02/12 | 69.78 |
| 1052 ^ | | 02/12 | 70.00 |
| 1053 ^ | 02/10 | 02/10 | 600.00 |
| 1054 ^ | | 02/12 | 189.00 |
| 1055 ^ | | 02/12 | 51.12 |
| 1056 ^ | | 02/10 | 40.84 |
| 1057 ^ | | 02/27 | 1,271.16 |
| 1060 * ^ | | 02/14 | 2,459.36 |
| 1061 ^ | | 02/28 | 4,795.00 |
| 1064 * ^ | | 02/28 | 3,300.00 |
| 1065 ^ | | 02/24 | 3,460.00 |
| 1067 * ^ | | 02/28 | 3,400.00 |
| 1068 ^ | | 02/28 | 862.50 |
| 1069 ^ | | 02/28 | 1,503.10 |
| 1070 ^ | | 02/28 | 3,539.66 |
| **Total Checks Paid** | | | **$31,732.58** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/10 | Mortgage Svc Ctr Mortgage 2029530652 Tel ID: 9207718402 | $10,927.69 |
| 02/10 | Mortgage Svc Ctr Mortgage 2029530710 Tel ID: 9207718402 | 3,925.62 |
| **Total Electronic Withdrawals** | | **$14,853.31** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/13 | Incoming Domestic Wire Fee | $15.00 |
| 02/28 | Incoming Domestic Wire Fee | 15.00 |
| 02/28 | Service Fee | 12.00 |
| **Total Fees & Other Withdrawals** | | **$42.00** |

**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

February 01, 2014 through February 28, 2014
Account Number: [redacted]

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00022089DRE 802 142 06014 NNNNNNNNNNNNT 1 000000000 66 0000
ROBERT S ROMANOFF DIP
DEBTOR IN POSSESSION
CASE #13-23897
302A W 12TH ST # 118
NEW YORK NY 10014-7906



## CHECKING SUMMARY

Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | $1,500.00 |
| **Ending Balance** | 0 | $1,500.00 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 0 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | 0 |



P.O. Box 1776, Baltimore MD 21203

Deutsche Bank Alex. Brown
a division of Deutsche Bank Securities Inc.
Greenwich Office
One Pickwick Plaza, 3rd Floor
Greenwich, CT 06830
(203) 869-5555, (800) 327-4626

**Account Number:** [redacted]
**Statement Period: 02/01/2014 - 02/28/2014**

ROBERT ROMANOFF
302A W 12TH ST
#118
NEW YORK NY 10014-7906

**Your Client Advisor:**
FINK / GERMANN
(203) 869-5555

## Valuation at a Glance

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | **$617,882.29** | **$551,002.00** |
| Net Cash Deposits and Withdrawals | -30,000.00 | -30,000.00 |
| **Adjusted Previous Account Value** | **587,882.29** | **521,002.00** |
| Dividends, Interest and Other Income | 0.86 | 66,881.15 |
| **Ending Account Value** | **$587,883.15** | **$587,883.15** |
| Estimated Annual Income | $1.15 | |

## Asset Allocation

| | Prior Year-End | Last Period | This Period | % Allocation |
|---|---|---|---|---|
| USD Cash, Money Funds, and Bank Deposits[1] | 45,861.00 | 112,741.29 | 82,742.15 | 14.07% |
| Alternative Investments | 505,141.00 | 505,141.00 | 505,141.00 | 85.93% |
| **Account Total (Pie Chart)** | **$551,002.00** | **$617,882.29** | **$587,883.15** | **100.00%** |



Pie Chart allocation only includes products that are of positive value.

1 The Bank Deposits in your account are FDIC insured bank deposits.
FDIC insured bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). These bank deposits are covered by the Federal Deposit Insurance Corporation (FDIC), up to allowable limits.
See page 2 of this statement for important information regarding the Asset Allocation section.











Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC