## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Robert Romanoff

**Debtor**

Case No. 13-40002

Reporting Period: 03/01/14-03/31/14

Social Security #      5222

(last 4 digits only)

### MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | x | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | x | |
| Copies of bank statements | | x | |
| Disbursement Journal | MOR-2 (INDV) | x | |
| Balance Sheet | MOR-3 (INDV) | | |
| Copies of tax returns filed during reporting period | | n/a | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | x | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | x | |
| Debtor Questionnaire | MOR-6 (INDV) | y | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor _____  Date 5/6/14

Signature of Joint Debtor _____  Date _____

In re Robert Romanoff

**Debtor**

Case No. 13-40002

Reporting Period: 03/01/14-03/31/14

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating #6082 | Payroll # | Tax # | Other |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | 9,104.90 | | 1,500.00 | |
| | | | | |
| BANK BALANCE | 10,319.73 | | 1,500.00 | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | - | | - | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | 1,214.83 | | - | |
| OTHER *(ATTACH EXPLANATION)* | - | | - | |
| | | | | |
| **ADJUSTED BANK BALANCE \*** | 9,104.90 | | 1,500.00 | |

\*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| n/a | | | | |
| | | | | |
| | | | | |
| | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| | 1077 | 350.00 | | |
| | 1093 | 370.00 | | |
| | 1094 | 186.44 | | |
| | 1095 | 126.33 | | |
| | 1096 | 182.06 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | 1,214.83 | | |

**OTHER**

Robert Romanoff

**Debtor**

Case No. 13-40002

**Reporting Period:** 03/01/14-03/31/14

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 17,577.20 | |
| **RECEIPTS** | | - |
| Wages (Net) | | - |
| **Interest and Dividend Income** | | - |
| Alimony and Child Support | | - |
| Social Security and Pension Income | | - |
| Sale of Assets | | - |
| Other Income *(attach schedule)* | 40,377.27 | 189,809.11 |
| **Total Receipts** | 40,377.27 | 189,809.11 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 20,418.30 | 50,119.42 |
| Rental Payment(s) | | - |
| **Other Secured Note Payments** | | - |
| Utilities | 2,250.23 | 5,239.97 |
| Insurance | 10,590.00 | 27,425.00 |
| Auto Expense | 775.63 | 5,062.89 |
| Lease Payments | | - |
| IRA Contributions | | - |
| Repairs and Maintenance | 350.00 | 2,790.81 |
| Medical Expenses | | 315.00 |
| Food, Clothing, Hygiene | 3,944.34 | 21,530.91 |
| Charitable Contributions | | - |
| Alimony and Child Support Payments | | - |
| Taxes - Real Estate | | - |
| Taxes - Personal Property | | 150.00 |
| Taxes - Other *(attach schedule)* | | - |
| Travel and Entertainment | 2,778.43 | 8,760.53 |
| Gifts | | - |
| Other *(attach schedule)* | 7,742.64 | 62,077.02 |
| **Total Ordinary Disbursements** | 48,849.57 | 183,471.55 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | 0 | 650 |
| Other Reorganization Expenses *(attach schedule)* | | |
| **Total Reorganization Items** | 0 | 650 |
| **Total Disbursements** *(Ordinary + Reorganization)* | 48,849.57 | 184,121.55 |
| **Net Cash Flow** *(Total Receipts - Total Disbursements)* | (8,472.30) | 5,687.56 |
| **Cash - End of Month** *(Must equal reconciled bank statement)* | 9,104.90 | |

| Robert Romanoff | Case No. 13-40002 |
|---|---|
| **Debtor** | Reporting Period: 03/01/14-03/31/14 |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | 40,377.27 | 186,809.11 |
| 1099 income- Absolute Electric | 6,000.00 | 37,500.00 |
| Rental Income | 8,500.00 | 34,000.00 |
| Deutche Bank- Carlyle Group Distribution | 25,000.00 | 83,944.64 |
| Transfers to close out HSBC | - | 5,208.09 |
| Insurant-return of Security Deposit | - | 25,200.00 |
| misc | 877.27 | 956.38 |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | 7,742.64 | 59,632.02 |
| storage | 1,307.64 | 6,392.28 |
| bank transfer | | 7,738.53 |
| school fees | 480.00 | 19,791.93 |
| interest expense | 3,820.00 | 20,070.00 |
| computer  checks | | 227.28 |
| bank charges | 15.00 | 72.00 |
| childcare | 2,120.00 | 5,340.00 |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |

**THE FOLLOWING SECTION MUST BE COMPLETED**
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:**

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS | 48,849.57 | 135,271.98 |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUN | - | 1,500.00 |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES | - | - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTE | 48,849.57 | 133,771.98 |

In re Robert Romanoff
Debtor

Case No. 13-40002
Reporting Period: 03/01/14-03/31/14

## DISBURSEMENT JOURNAL
### CASH DISBURSEMENTS xx6158

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  | NONE |  |  |
|  |  |  |  |
|  |  |  |  |
|  | Total Cash Disbursements |  | - |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
| 3/12/2014 | TIME WARNER CABLE | utilities | (227.55) | 1059 |
| 3/1/2014 | AIG Private Client Group | Insurance | (2,430.00) | 1066 |
| 3/5/2014 | Karen romanoff | Food, Clothing, Hygiene | (859.76) | 1073 |
| 3/16/2014 | Iowa Sports | entertainment | (2,246.75) | 1074 |
| 3/12/2014 | Karen romanoff | Food, Clothing, Hygiene | (953.62) | 1075 |
| 3/16/2014 | Karen romanoff | Food, Clothing, Hygiene | (861.42) | 1076 |
| 3/16/2014 | Nicholas Romanoff | Food, Clothing, Hygiene | (350.00) | 1077 |
| 3/16/2014 | Poland Springs | Food, Clothing, Hygiene | (53.22) | 1078 |
| 3/16/2014 | HOLY Cross Electric | utilities | (464.70) | 1079 |
| 3/16/2014 | TIME WARNER CABLE | utilities | (259.54) | 1080 |
| 3/16/2014 | **VOID**Dwight School | Food, Clothing, Hygiene | - | 1081 |
| 3/16/2014 | Century Link | utilities | (40.84) | 1082 |
| 3/16/2014 | Comcast Cable | utilities | (51.12) | 1083 |
| 3/16/2014 | VerIIZONS 0102 | utilities | (362.28) | 1084 |
| 3/16/2014 | Con Ed     525-8d | utilities | (162.16) | 1085 |
| 3/16/2014 | Con Ed     525-8e | utilities | (187.21) | 1086 |
| 3/16/2014 | Prestage Prep | other/school | (480.00) | 1087 |
| 3/16/2014 | PRUDential Life | Insurance | (4,795.00) | 1088 |
| 3/16/2014 | PUBLIC Storage | other/storage rental | (1,307.64) | 1089 |
| 3/16/2014 | Art Finance Partners | other int exp | (3,820.00) | 1090 |
| 3/17/2014 | Karen romanoff | Food, Clothing, Hygiene | (876.36) | 1091 |
| 3/27/2014 | Karen Romanoff | Food, Clothing, Hygiene | (1,357.27) | 1092 |
| 3/29/2014 | Collectors Car Storage | auto | (370.00) | 1093 |
| 3/31/2014 | Con Ed     525-8e | utilities | (186.44) | 1094 |
| 3/31/2014 | Con Ed     525-8d | utilities | (126.33) | 1095 |
| 3/31/2014 | VERIZONS 0131 | utilities | (182.06) | 1096 |
| 3/31/2014 | Nicholas Romanoff | Food, Clothing, Hygiene | (150.00) | 1097 |
| 3/31/2014 | Karen Romanoff | Food, Clothing, Hygiene | (865.00) | 1098 |
| 3/20/2014 | Nicholas Romanoff | Food, Clothing, Hygiene | (150.00) | 1102 |
| 3/20/2014 | PRUDential Life | Insurance | (3,365.00) | 1103 |
| 3/20/2014 | Karen Romanoff | Food, Clothing, Hygiene | (250.00) | 1104 |
| 3/20/2014 | Karen Romanoff | Food, Clothing, Hygiene | (625.00) | 1105 |
| 3/20/2014 | Hsbc | Mortgage | (3,525.95) | DEBITS |
| 3/20/2014 | mortgage 5733592 | Mortgage | (10,927.69) | DEBITS |
| 3/27/2014 | Misc | Other/fee | (15.00) | DEBITS |
| 3/29/2014 | BEAVER CREEK MORT | Mortgage | (5,964.66) | DEBITS |
|  |  |  |  |  |
|  | Total Bank Account Disbursements |  | (48,849.57) |  |

| | |
|---|---|
| Total Disbursements for the Month | (48,849.57) |

'31/14 Robert Romanoff

**Debtor**

Case No. 13-40002

Reporting Period: 03/01/14-03/31/14

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| *SCHEDULE A REAL PROPERTY* | | |
| Primary Residence | 1,950,000.00 | 1,700,000.00 |
| | | |
| | | |
| | | |
| Other Property *(attach schedule)* | | |
| *TOTAL REAL PROPERTY ASSETS* | 1,950,000.00 | 1,700,000.00 |
| | | |
| *SCHEDULE B PERSONAL PROPERTY* | | |
| Cash on Hand | - | - |
| Bank Accounts | 10,604.90 | 30,892.00 |
| Security Deposits | 8,400.00 | 33,600.00 |
| Household Goods & Furnishings | 25,000.00 | 25,000.00 |
| Books, Pictures, Art | 730,219.00 | 730,219.00 |
| Wearing Apparel | 63,592.00 | 63,592.00 |
| Furs and Jewelry | 10,000.00 | 10,000.00 |
| Firearms & Sports Equipment | 1,000.00 | 1,000.00 |
| Insurance Policies | 11,167.00 | 11,167.00 |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | | |
| Stocks | | |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | | |
| Accounts Receivable | 50,000.00 | |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims * see note below | - | - |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | 235,000.00 | 235,000.00 |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | - | - |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property *(attach schedule)* | 512,883.82 | 507,496.00 |
| *TOTAL PERSONAL PROPERTY* | 1,657,866.72 | 1,647,966.00 |
| *TOTAL ASSETS* | 3,607,866.72 | 3,347,966.00 |

'31/14 Robert Romanoff                                                    Case No. 13-40002
_____                          Reporting Period: 03/01/14-03/31/14
       Debtor

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Federal Income Taxes (not deducted from wages) | - | - |
| FICA/Medicare (not deducted from wages) | - | - |
| State Taxes (not deducted from wages) | - | - |
| Real Estate Taxes | - | |
| Other Taxes *(attach schedule)* | | |
| *TOTAL TAXES* | - | - |
| Professional Fees | - | - |
| Other Post-petition Liabilities *(list creditors)* | | - |
| | | |
| * pending litegation against Gerald Romanoff, Sheryl Romanoff, Michael Zimmerman, Michael Shah, | | |
| Delshah,and related entitties. Value is unknown and subject to appraisel by a court of competent jurisdiction. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| *TOTAL POST-PETITION LIABILITIES* | - | - |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | 1,323,533.00 | 1,323,533.00 |
| Priority Debt | 85,000.00 | 85,000.00 |
| Unsecured Debt | 165,930.00 | 165,930.00 |
| *TOTAL PRE-PETITION LIABILITIES* | 1,574,463.00 | 1,574,463.00 |
| *TOTAL LIABILITIES* | 1,574,463.00 | 1,574,463.00 |

In re Robert Romanoff
_____
    **Debtor**

Case No. 13-40002
_____
Reporting Period: 03/01/14-03/31/14
_____

## SUMMARY OF UNPAID POST-PETITION DEBTS

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Mortgage | | | | | | 0 |
| Rent | | | | | | 0 |
| Secured Debt/Adequate Protection Payments | | | | | | 0 |
| Professional Fees | | | | | | 0 |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Post-petition Debts** | 0 | 0 | 0 | 0 | 0 | 0 |

Explain how and when the Debtor intends to pay any past due post-petition debts.

_____
_____
_____
_____
_____

In re Robert Romanoff
_____
    **Debtor**

Case No. 13-40002
_____
Reporting Period: 03/01/14-03/31/14
_____

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
## AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| no payments set up as of  02/28/14 | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL PAYMENTS | | |

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| no installments set up as of 02/28/14 | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

In re  Robert Romanoff                                    Case No. 13-40002
_____                Reporting Period: 03/01/14-03/31/14
       Debtor

## DEBTOR QUESTIONNAIRE

| | | Yes | No |
|---|---|---|---|
| | **Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item.  Attach additional sheets if necessary.** | | |
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | **X** |
| 6 | Are any post petition State or Federal income taxes past due? | | X |
| 7 | Are any post petition real estate taxes past due? | | X |
| 8 | Are any other post petition taxes past due? | | **X** |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 10 | Are any amounts owed to post petition creditors delinquent? | | X |
| 11 | Have any post petition loans been been received by the Debtor from any party? | | X |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |

# CHASE ◼

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

March 01, 2014 through March 31, 2014

Account Number: **000000530516082**

00434690 1 AV 0.381

00434690 DRE 802 142 09114 NNNNNNNNNNN T 1 000000000 66 0000 T1982374 P58902

ROBERT S ROMANOFF DIP
DEBTOR IN POSSESSION
CASE #13-23897
302A W 12TH ST # 118
NEW YORK NY 10014-7906

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## CHECKING SUMMARY    Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$18,157.32** |
| Deposits and Additions | 5 | 40,377.27 |
| Checks Paid | 26 | - 27,191.73 |
| Electronic Withdrawals | 5 | - 21,008.13 |
| Fees and Other Withdrawals | 1 | - 15.00 |
| **Ending Balance** | **37** | **$10,319.73** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/17 | Deposit    1301833994 | $3,000.00 |
| 03/17 | Deposit    1301833995 | 877.27 |
| 03/20 | Fedwire Credit Via: The Bank of New York Mellon/021000018 B/O: Robert Romanoff 302A W 12th St New York NY 10014-7906 Ref: Chase Nyc/Ctr/Bnf=Robert S Romanoff Dip Debtor IN New York, NY 100141947/Ac-000000005305 Rfb=O/B Bk of Nyc Bbi=/Bnf/76 Davis Avenue Ryeimad: 0320B1Q8151C003006 Trn: 2079009079Ff | 25,000.00 |
| 03/28 | Deposit    1309690450 | 3,000.00 |
| 03/31 | Transfer From Chk Xxxxx9971 | 8,500.00 |
| **Total Deposits and Additions** | | **$40,377.27** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1062 ^ | | 03/04 | $100.00 |
| 1063 ^ | | 03/03 | 480.12 |
| 1066 * ^ | | 03/03 | 2,430.00 |
| 1073 * ^ | | 03/05 | 859.76 |
| 1074 ^ | | 03/19 | 2,246.75 |
| 1075 ^ | | 03/10 | 953.62 |

# CHASE ◻

## CHECKS PAID (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1076 ^ | | 03/14 | 861.42 |
| 1078 * ^ | | 03/24 | 53.22 |
| 1079 ^ | | 03/20 | 464.70 |
| 1080 ^ | | 03/25 | 259.54 |
| 1082 * ^ | | 03/19 | 40.84 |
| 1083 ^ | | 03/21 | 51.12 |
| 1085 * ^ | | 03/20 | 162.16 |
| 1086 ^ | | 03/20 | 187.21 |
| 1087 ^ | | 03/28 | 480.00 |
| 1088 ^ | | 03/21 | 4,795.00 |
| 1089 ^ | | 03/20 | 1,307.64 |
| 1090 ^ | | 03/19 | 3,820.00 |
| 1091 ^ | | 03/17 | 876.36 |
| 1092 ^ | | 03/26 | 1,357.27 |
| 1097 * ^ | | 03/31 | 150.00 |
| 1098 ^ | | 03/31 | 865.00 |
| 1102 * ^ | | 03/20 | 150.00 |
| 1103 ^ | | 03/25 | 3,365.00 |
| 1104 ^ | | 03/20 | 250.00 |
| 1105 ^ | | 03/20 | 625.00 |

**Total Checks Paid** **$27,191.73**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 03/12 | Time Warner Cabl Cable Pay  0042328178  Spa Tel ID: C815010000 | | $227.55 |
| 03/18 | Vz Wireless Vn  E Check  3479346  Tel ID: 0000751800 | | 362.28 |
| 03/21 | Mortgage Svc Ctr Mortgage  2029530652  Tel ID: 9207718402 | | 10,927.69 |
| 03/21 | Mortgage Svc Ctr Mortgage  2029530710  Tel ID: 9207718402 | | 3,525.95 |
| 03/28 | Mortgage Svc Ctr Mortgage  2009052255  Tel ID: 9207718402 | | 5,964.66 |

**Total Electronic Withdrawals** **$21,008.13**

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/20 | Incoming Domestic Wire Fee | $15.00 |

**Total Fees & Other Withdrawals** **$15.00**

The monthly service fee of $12.00 was waived this period because you maintained a monthly minimum balance of $1,500.00 or more.

# CHASE ⬡

March 01, 2014 through March 31, 2014

Account Number: **000000530516082**

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 03/03 | $15,247.20 | 03/19 | 8,775.89 |
| 03/04 | 15,147.20 | 03/20 | 30,614.18 |
| 03/05 | 14,287.44 | 03/21 | 11,314.42 |
| 03/10 | 13,333.82 | 03/24 | 11,261.20 |
| 03/12 | 13,106.27 | 03/25 | 7,636.66 |
| 03/14 | 12,244.85 | 03/26 | 6,279.39 |
| 03/17 | 15,245.76 | 03/28 | 2,834.73 |
| 03/18 | 14,883.48 | 03/31 | 10,319.73 |



## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 31 |
| Deposits / Credits | 5 |
| Deposited Items | 8 |
| **Transaction Total** | **44** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $12.00 |
| Service Fee Credit | -$12.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |

**CHASE** ◎

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1.  **Write in the Ending Balance shown on this statement:**          Step 1 Balance:  $_____

2.  **List and total all deposits & additions not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

                                                                  Step 2 Total:  $_____

3.  **Add Step 2 Total to Step 1 Balance.**                        Step 3 Total:  $_____

4.  **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

                                                                  Step 4 Total:  -$_____

5.  **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**  $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



**JPMorgan Chase Bank, N.A. Member FDIC**

# CHASE ⬤

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

March 01, 2014 through March 31, 2014

Account Number:  **000000553000022**

00435807 1 AV 0.381

00435807 DRE 802 142 09114 NNNNNNNNNNN T  1 000000000 66 0000 T1982376 P58902

ROBERT S ROMANOFF DIP
DEBTOR IN POSSESSION
CASE #13-23897
302A W 12TH ST # 118
NEW YORK NY 10014-7906

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## CHECKING SUMMARY

Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$1,500.00** |
| **Ending Balance** | 0 | **$1,500.00** |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

The monthly service fee of $12.00 was waived this period because you maintained a monthly minimum balance of $1,500.00 or more.

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 0 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **0** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $12.00 |
| Service Fee Credit | -$12.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |

# CHASE ◯

## BALANCING YOUR CHECKBOOK

**Note:** Ensure your **checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:          **Step 1 Balance:  $**_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| ____ | _____ | ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ | ____ | _____ |

**Step 2 Total:  $**_____

3. Add Step 2 Total to Step 1 Balance.          **Step 3 Total:  $**_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ |                      |        |

**Step 4 Total:  -$**_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:     **$**_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



**JPMorgan Chase Bank, N.A. Member FDIC**

P.O. Box 1776, Baltimore MD 21203

**Deutsche Bank Alex. Brown**
a division of Deutsche Bank Securities Inc.
Greenwich Office
One Pickwick Plaza, 3rd Floor
Greenwich, CT 06830
(203) 869-5555, (800) 327-4626

**Account Number: 5XG-022752**
**Statement Period: 03/01/2014 - 03/31/2014**

ROBERT ROMANOFF
302A W 12TH ST
#118
NEW YORK NY 10014-7906

**Your Client Advisor:**
FINK / GERMANN
(203) 869-5555

## Valuation at a Glance

| | This Period | Year-to-Date |
|---|---|---|
| Beginning Account Value | $587,883.15 | $551,002.00 |
| Net Cash Deposits and Withdrawals | -75,000.00 | -105,000.00 |
| Adjusted Previous Account Value | 512,883.15 | 446,002.00 |
| Dividends, Interest and Other Income | 0.67 | 66,881.82 |
| **Ending Account Value** | **$512,883.82** | **$512,883.82** |
| Estimated Annual Income | $1.82 | |

## Asset Allocation

| | Prior Year-End | Last Period | This Period | % Allocation |
|---|---|---|---|---|
| USD Cash, Money Funds, and Bank Deposits† | 45,861.00 | 82,742.15 | 7,742.82 | 1.51% |
| Alternative Investments | 505,141.00 | 505,141.00 | 505,141.00 | 98.49% |
| **Account Total** | **$551,002.00** | **$587,883.15** | **$512,883.82** | **100.00%** |

† **The Bank Deposits in your account are FDIC insured bank deposits.**
FDIC insured bank deposits are securities and are not covered by the Securities Investor Protection Corporation
(SIPC). These bank deposits are covered by the Federal Deposit Insurance Corporation (FDIC), up to allowable limits.
See page 2 of this statement for important information regarding the Asset Allocation section.

DBAB-ROLL

B000017SGSFDB02M

**Go paperless**
ASK ABOUT E-DELIVERY

Rated Excellent
Seven Years In A Row
DALBAR RATED COMMUNICATIONS

Deutsche Bank Securities LLC, a wholly owned subsidiary
of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

# Asset Allocation Disclosure and Footnotes

Note: Unpriced securities are not included in the Total Account Value.

## FDIC Insured Bank Deposits

### Sweep FDIC Insured Bank Deposits

| Date | Activity Type | Description | Amount | Balance |
|---|---|---|---|---|
| | INSURED DEPOSITS PROGRAM | | | |
| | Account Number: 5XG022752    Activity Ending: 03/31/14 | | | |
| 03/01/14 | Opening Balance | | 82,742.15 | 82,742.15 |
| 03/14/14 | Deposit | INTEREST CREDITED | 0.67 | 82,742.82 |
| | | APY 0.01% | | |
| 03/17/14 | | BB&T | | 82,742.82 |
| | | A/O 03/17 $82742.82 | | |
| 03/20/14 | Withdrawal | WITHDRAWAL | -25,000.00 | 57,742.82 |
| 03/24/14 | Withdrawal | WITHDRAWAL | -40,000.00 | 17,742.82 |
| 03/31/14 | **Closing Balance** | | | **$17,742.82** |
| | **Total FDIC Insured Bank Deposits** | | | **$17,742.82** |

The FDIC Insured Bank Deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). The Bank Deposits at each bank are insured by the Federal Deposit Insurance Corporation (FDIC) up to $250,000 for each category of legal ownership including individual retirement accounts and certain other self directed retirement accounts. Please review this in connection with other deposits you may have at each respective bank.

## Income and Expense Summary

| | Current Period | | Year-to-Date | |
|---|---|---|---|---|
| | Taxable | Non Taxable | Taxable | Non Taxable |
| **Interest Income** | | | | |
| FDIC Insured Bank Deposits | 0.67 | 0.00 | 1.82 | 0.00 |
| **Total Dividends, Interest, Income and Expenses** | **$0.67** | **$0.00** | **$1.82** | **$0.00** |
| **Distributions** | | | | |
| Other Distributions | 0.00 | 0.00 | 0.00 | 66,880.00 |
| **Total Distributions** | **$0.00** | **$0.00** | **$0.00** | **$66,880.00** |

## Portfolio Holdings

| Description | Quantity | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-Day Yield |
|---|---|---|---|---|---|---|
| **Cash, Money Funds, and Bank Deposits  2.00% of Portfolio** | | | | | | |
| Cash Balance | | 0.00 | -10,000.00 | | | |

Account Number: 5XG022752

Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Seven Years In A Row
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

B00000175CGSF0802M       DBA8-ROLL



P.O. Box 1776, Baltimore MD 21203

**Deutsche Bank Alex. Brown**
a division of Deutsche Bank Securities Inc.
Greenwich Office
One Pickwick Plaza, 3rd Floor
Greenwich, CT 06830
(203) 869-5555, (800) 327-4626

**Statement Period: 03/01/2014 - 03/31/2014**

## Portfolio Holdings *(continued)*

### Cash, Money Funds, and Bank Deposits *(continued)*

| Description | Quantity | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-Day Yield |
|---|---|---|---|---|---|---|
| **FDIC Insured Bank Deposits** | | | | | | |
| INSURED DEPOSITS PROGRAM | 17,742.820 | 82,742.15 | 17,742.82 | 0.17 | 1.82 | N/A |
| **Total FDIC Insured Bank Deposits** | | **$82,742.15** | **$17,742.82** | **$0.17** | **$1.82** | |
| **Total Cash, Money Funds, and Bank Deposits** | | **$82,742.15** | **$7,742.82** | **$0.17** | **$1.82** | |

### Alternative Investments  98.00% of Portfolio

| Description | Quantity | Market Price | Market Value | Accrued Income | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| DB PRIVATE EQUITY GLOBAL SELECT FUND/ | 960,000.000 | N/A | 505,141.00 | | | |
| (U.S.) LIMITED PARTNERSHIP | | | | | | |
| Security Identifier: 233993625 | | | | | | |
| Valuation Date: 09/30/13  Valuation Code: A, H, C | | | | | | |

**Total Alternative Investments**  **$505,141.00**

**Valuation Codes:**
A = This is an estimate of the investors' interest in the net assets of the program.
C = The source of this information is the management of the program.
H = The method of valuation is based solely on program management's estimate of the value of the program's net assets with no independent confirmation.

**Disclosures:**
✓ Where the Total Portfolio Holdings includes alternative investments, please note that the Market Value for the portfolio includes estimated values for the alternative investments.

| | Market Value | Accrued Interest |
|---|---|---|
| **Total Portfolio Holdings** | **$512,883.82** | **$0.00** |

The estimated values, where indicated of Alternative Investments, including limited partnerships, real estate investment trusts (REITs), direct participation programs (DPPs), hedge funds, fund of funds, private equity, real estate and managed future have been provided by the management of the Alternative Investment, generally through an intermediary. The values are not guaranteed, provided for informational purposes only and are intended to reflect an estimate of the interest in the Alternative Investment represented by the units or shares described above. Alternative Investment securities are generally illiquid, and the value may not be realized when you seek to liquidate the security. Please note the estimated values for Alternative Investments, which are provided by the management of the Alternative Investment, may not reflect recent activity or current values and do not reflect an independent evaluation of the Alternative Investment.

Account Number: 5XG-022752

DBAB-ROLL


Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Seven Years In A Row
DALBAR RATED COMMUNICATIONS

Clearing through Pershing LLC, a wholly owned subsidiary
of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

B00-0175-CFSFDIB02M

# Portfolio Holdings *(continued)*

Where no value is indicated, please note that:

- Alternative Investment securities are generally illiquid
- The value of the security may be different from its purchase price
- Accurate valuation information is not available

## Alternative Investments Detail

| Description | Investment Date | Commitment Amount | Contribution Amount | Distribution Amount | Activity to Date |
|---|---|---|---|---|---|
| **Private Equity** | | | | | |
| DB PRIVATE EQUITY GLOBAL SELECT FUND (U.S.) LIMITED PARTNERSHIP | | | | | |
| Security Identifier: 233993625 | 12/22/04 | 1,000,000.00 | 960,000.00 | 1,170,682.68 | 03/14/14 |
| **Total Private Equity** | | **$1,000,000.00** | **$960,000.00** | **$1,170,682.68** | |

Alternative Investment products are not held by DEUTSCHE BANK SECURITIES INC or Pershing LLC. Statistics and estimated values are provided by the management of the Alternative Investment for informational purposes only and may not reflect current values. The valuation amounts and fund allocations are supplied by the management of the Funds and may not reflect recent activity. Statements of account for Alternative Investments are sent directly to investors by the Funds and these should be referred to for additional information. Ownership interests in Alternative Investments products may be individually owned and the registration may differ from the registration of your DEUTSCHE BANK SECURITIES INC account. For alternative Investment positions having more than one purchase date, the estimated values and other information attributed to the different purchase dates are derived from the total estimated value of the entire investment allocated proportionately among the purchases, and does not represent the actual performance of that particular purchase and should not be relied upon for investment decisions or tax purposes.
Values in this section may not be exact due to rounding.

## Messages

Although a money market mutual fund seeks to preserve the value of your investment at $1 per share, it is possible to lose money by investing in a money market mutual fund. Shares of a money market mutual fund or the balance of a bank deposit product held in your brokerage account may be liquidated upon request with the proceeds credited to your brokerage account. Please see the money market mutual fund's prospectus or the bank deposit product's disclosure document or contact your advisor for additional information.

Federal Deposit Insurance Corporation (FDIC)-Insured Bank Deposits are not protected by Securities Investor Protection Corporation.(SIPC).

For disclosure of rates for DWS money market funds, please visit the DWS Investments website at https://www.dws-investments.com/EN/products/money-market-funds-yields.jsp. Please note that all money market funds listed on the website may not be offered through us.

In accordance with the Securities Exchange Act Rule 606 (Disclosure of Order Routing Information), upon your request, the following information is available to you:

i) the identity of the venue to which your orders were routed for execution in the six months prior to the request,

ii) whether the orders were directed orders or non-directed orders,

iii) the time of the transactions, if any, that resulted from such orders

We will notify you on an annual basis of the availability of the above information upon request.

Account Number: 5XG-022752

DBAB-ROLL



Go paperless
ASK ABOUT E-DELIVERY



Rated Excellent
Seven Years In A Row
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

B000017S.CSFD802M