UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re:

**ROBERT ROMANOFF,**

Chapter 11

Case No: 13-40002 (REG)

Debtor.

---------------------------------------------------------X

## ORDER FURTHER EXTENDING EXCLUSIVE RIGHT TO FILE A PLAN OF REORGANIZATION AND TO SOLICIT ACCEPTANCES WITH RESPECT THERETO AND FOR RELATED RELIEF

UPON the motion dated January 13, 2015 (the "Motion") of **Robert Romanoff,** the debtor and debtor in possession herein ("Debtor") seeking the entry of an order pursuant to section 1121 of Title 11 of the United States Code (the "Bankruptcy Code"): (i) further extending the Debtor's exclusive right to file a plan of reorganization through and including **May 20, 2015;** and (ii) in the event that the Debtor files a plan of reorganization on or prior to that date, further extending the Debtor's right to solicit acceptances with respect thereto through and including **July 20, 2015**; and a hearing on the Motion having come to be heard on **February 10, 2015**; and Robinson Brog Leinwand Greene Genovese & Gluck P.C. appearing for the Debtor; and such other parties whose identities are reflected in the record of the hearing having been heard with respect thereto; and it appearing that due and sufficient cause appearing therefor, it is

**ORDERED**, that the Debtor's exclusive right to file a plan of reorganization pursuant to section 1121 of the Bankruptcy Code is further extended through and including May 20, 2015 (the "Exclusivity Period"); and it is further

**ORDERED**, that in the event that the Debtor files a plan of reorganization within the time set forth in the preceding paragraph, then the Debtor's exclusive right to solicit acceptances with respect thereto pursuant to §1121(c)(3) of the Bankruptcy Code is further extended to July 20, 2015 (the "Acceptance Period"); and it is further

**ORDERED**, that the entry of this order is without prejudice to the Debtor's right to seek additional extensions of the Exclusivity Period and Acceptance Period pursuant to §1121 of the Bankruptcy Code.

**DATED:** New York, New York
_____, 2015

_____
**HONORABLE ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE**