UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re Robert Romanoff
Debtor

Case No. 13-40002
Reporting Period: 11/01/14-11/31/14

Social Security # 5222
(last 4 digits only)

# MONTHLY OPERATING REPORT
(INDIVIDUAL WAGE EARNERS)

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | x | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | x | |
| Copies of bank statements | | x | |
| Disbursement Journal | MOR-2 (INDV) | x | |
| Balance Sheet | MOR-3 (INDV) | | |
| Copies of tax returns filed during reporting period | | n/a | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | x | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | x | |
| Debtor Questionnaire | MOR-6 (INDV) | y | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor _[signed]_    Date 1/22/15

Signature of Joint Debtor _____    Date _____

In re Robert RomanoffCase No. 13-40002
DebtorReporting Period: 11/01/14-11/28/14

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page. (Bank account numbers may be redacted to last four numbers.)

|  | Operating #6082 | Payroll # | Tax # | Other |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | 2,889.47 |  | 21,313.00 |  |
| **BANK BALANCE** | 2,889.47 |  | 21,313.00 |  |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | - |  | - |  |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | - |  | - |  |
| OTHER (ATTACH EXPLANATION) | - |  | - |  |
| **ADJUSTED BANK BALANCE *** | 2,889.47 |  | 21,313.00 |  |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
|  |  |  |  |  |

OTHER

_____
_____
_____
_____

| Robert Romanoff | Case No. 13-40002 |
|---|---|
| Debtor | Reporting Period: 11/01/14-11/31/14 |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

|  | Current Month Actual (if any) | Cumulative filing to Date Actual (if any) |
|---|---:|---:|
| **Cash - Beginning of Month** | 2,970.70 |  |
| **RECEIPTS** |  | - |
| Wages (Net) |  | - |
| Interest and Dividend Income |  | - |
| Alimony and Child Support |  | - |
| Social Security and Pension Income |  | - |
| Sale of Assets |  | - |
| Other Income *(attach schedule)* | 37,339.00 | 474,667.58 |
| **Total Receipts** | 37,339.00 | 474,667.58 |
| **DISBURSEMENTS** |  |  |
| **ORDINARY ITEMS** |  |  |
| Mortgage Payment(s) |  | 138,136.77 |
| Rental Payment(s) |  | - |
| Other Secured Note Payments |  | - |
| Utilities | 747.93 | 11,008.22 |
| Insurance |  | 49,405.00 |
| Auto Expense | 4,209.76 | 5,932.89 |
| Lease Payments |  | - |
| IRA Contributions |  | - |
| Repairs and Maintenance | 350.00 | 6,441.56 |
| Medical Expenses |  | 887.30 |
| Food, Clothing, Hygiene | 6,575.00 | 51,810.99 |
| Charitable Contributions |  | - |
| Alimony and Child Support Payments |  | - |
| Taxes - Real Estate |  | - |
| Taxes - Personal Property |  | 150.00 |
| Taxes - Other *(attach schedule)* |  | - |
| Travel and Entertainment | 1,500.00 | 25,094.67 |
| Gifts |  | - |
| Other *(attach schedule)* | 24,037.54 | 154,027.42 |
| **Total Ordinary Disbursements** | 37,420.23 | 442,894.82 |
| **REORGANIZATION ITEMS** |  |  |
| Professional Fees |  | 37,053.82 |
| U. S. Trustee Fees |  | 1,625.00 |
| Other Reorganization Expenses *(attach schedule)* |  | - |
| **Total Reorganization Items** | - | 38,328.32 |
| **Total Disbursements** *(Ordinary + Reorganization)* | 37,420.23 | 481,573.64 |
| **Net Cash Flow** *(Total Receipts - Total Disbursements)* | (81.23) | (6,906.06) |
| **Cash - End of Month** *(Must equal reconciled bank statement)* | 2,889.47 |  |

Robert Romanoff     Case No. 13-40002
Debtor     Reporting Period: 11/01/14-11/31/14

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF OTHER CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | 37,339.00 | 435,833.00 |
| 1099 income- Absolute Electric | 12,000.00 | 148,100.00 |
| Rental Income |  | 62,238.82 |
| Deutche Bank- Carlyle Group |  | 146,990.19 |
| Transfers | - | 25,458.09 |
| Insurant-return of Security Deposit |  | 25,200.00 |
| Misc | 25,339.00 | 27,846.98 |
| **Other Taxes** |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Other Ordinary Disbursements** | 24,037.54 | 130,441.74 |
| storage | 1,307.54 | 13,630.44 |
| bank transfer | 20,800.00 | 13,738.53 |
| school and related fees |  | 37,235.41 |
| interest expense |  | 38,930.00 |
| computer checks |  | 227.28 |
| bank charges | 80.00 | 750.00 |
| childcare | 1,850.00 | 22,360.64 |
| other | - | 300.00 |
|  |  | - |
|  |  | - |
| **Other Reorganization Expenses** |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**THE FOLLOWING SECTION MUST BE COMPLETED**
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:**

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS | 37,420.23 | 435,925.75 |
| LESS TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNT | 20,800.00 | (19,050.00) |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES | - | - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY | 16,620.23 | 413,375.75 |

In re Robert Romanoff  
Debtor

Case No. 13-40002  
Reporting Period: 11/01/14-11/31/14

## DISBURSEMENT JOURNAL
### CASH DISBURSEMENTS xx6158

| Date | Payee | Purpose | Amount |
|---|---|---|---|
| 11/1/2014 | Robert Romanoff | entertainment | (250.00) |
| 11/7/2014 | Robert Romanoff | entertainment | (300.00) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Total Cash Disbursements | | (550.00) |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|---|---|---|---|---|
| | robert romanoff | transfer to 0022 | (20,800.00) | |
| 11/4/2014 | HOLY Cross Electric | utilities | (280.32) | 1286 |
| 11/15/2014 | Luis Lopez | repairs | (350.00) | 1287 |
| 11/4/2014 | Con Ed    525-8e | utilities | (109.90) | 1288 |
| 11/4/2014 | Con Ed    525-8d | utilities | (102.08) | 1289 |
| 11/4/2014 | PubLIC Storage | storage | (1,307.54) | 1291 |
| 11/4/2014 | Karen romanoff | childcare | (850.00) | 1292 |
| 11/4/2014 | Karen romanoff | Food, Clothing, Hygiene | (350.00) | 1293 |
| 11/5/2014 | Karen romanoff | Food, Clothing, Hygiene | (400.00) | 1294 |
| 11/5/2014 | Karen romanoff | Food, Clothing, Hygiene | (650.00) | 1296 |
| 11/5/2014 | Karen romanoff | Food, Clothing, Hygiene | (600.00) | 1297 |
| 11/9/2014 | Karen romanoff | Food, Clothing, Hygiene | (850.00) | 1298 |
| 11/9/2014 | Karen romanoff | entertainment | (300.00) | 1299 |
| 11/13/2014 | Karen romanoff | childcare | (100.00) | 1300 |
| 11/17/2014 | Karen romanoff | Food, Clothing, Hygiene | (550.00) | 1302 |
| 11/22/2014 | Katonah Holdings, LLC | AUTO | (4,209.76) | 1303 |
| 11/17/2014 | Karen romanoff | Food, Clothing, Hygiene | (850.00) | 1304 |
| 11/17/2014 | Karen romanoff | entertainment | (650.00) | 1305 |
| 11/20/2014 | Karen romanoff | childcare | (350.00) | 1306 |
| 11/24/2014 | VERIZONS 0131 | utilities | (255.63) | 1316 |
| 11/23/2014 | Karen romanoff | Food, Clothing, Hygiene | (950.00) | 1323 |
| 11/26/2014 | Karen romanoff | Food, Clothing, Hygiene | (550.00) | 1324 |
| 11/26/2014 | Karen romanoff | childcare | (550.00) | 1325 |
| 11/20/2014 | Karen romanoff | Food, Clothing, Hygiene | (400.00) | 1343 |
| 11/28/2014 | Karen romanoff | Food, Clothing, Hygiene | (425.00) | 1344 |
| 11/28/2014 | Misc | BANK CHARGES | (68.00) | DEBITS |
| 11/28/2014 | Misc | BANK CHARGES | (12.00) | DEBITS |

| Total Bank Account Disbursements | (36,870.23) |
|---|---|

| Total Disbursements for the Month | (37,420.23) |
|---|---|

'31/14 Robert Romanoff  
**Debtor**

Case No. 13-40002  
Reporting Period: 11/01/14-11/31/14

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **SCHEDULE A REAL PROPERTY** | | |
| Primary Residence | 1,950,000.00 | 1,700,000.00 |
| | | |
| | | |
| | | |
| Other Property *(attach schedule)* | | |
| TOTAL REAL PROPERTY ASSETS | 1,950,000.00 | 1,700,000.00 |
| **SCHEDULE B PERSONAL PROPERTY** | | |
| Cash on Hand | - | - |
| Bank Accounts | 24,202.47 | 30,892.00 |
| Security Deposits | 8,400.00 | 33,600.00 |
| Household Goods & Furnishings | 25,000.00 | 25,000.00 |
| Books, Pictures, Art | 730,219.00 | 730,219.00 |
| Wearing Apparel | 63,592.00 | 63,592.00 |
| Furs and Jewelry | 10,000.00 | 10,000.00 |
| Firearms & Sports Equipment | 1,000.00 | 1,000.00 |
| Insurance Policies | 11,167.00 | 11,167.00 |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | | |
| Stocks | | |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | | |
| Accounts Receivable | 53,000.00 | |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims * see note below | - | - |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | 235,000.00 | 235,000.00 |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | - | - |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property *(attach schedule)* | 417,243.07 | 507,496.00 |
| TOTAL PERSONAL PROPERTY | 1,578,823.54 | 1,647,966.00 |
| TOTAL ASSETS | 3,528,823.54 | 3,347,966.00 |

FORM MOR-3 (INDV)  
2/2008  
PAGE 1 OF 2

| '31/14 Robert Romanoff | Case No. 13-40002 |
|---|---|
| Debtor | Reporting Period: 11/01/14-11/31/14 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Federal Income Taxes (not deducted from wages) | - | - |
| FICA/Medicare (not deducted from wages) | - | - |
| State Taxes (not deducted from wages) | - | - |
| Real Estate Taxes | - | - |
| Other Taxes *(attach schedule)* | | |
| *TOTAL TAXES* | - | - |
| Professional Fees | 25,000.00 | - |
| Other Post-petition Liabilities *(list creditors)* | | - |
| | | |
| * pending litigation against Gerald Romanoff, Sheryl Romanoff, Michael Zimmerman, Michael Shah, | | |
| Delshah,and related entitties  Value is unknown and subject to appraisel by a court of competent jurisdiction. | | |
| *TOTAL POST-PETITION LIABILITIES* | - | - |

| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
|---|---|---|
| Secured Debt | 1,323,533.00 | 1,323,533.00 |
| Priority Debt | 85,000.00 | 85,000.00 |
| Unsecured Debt | 165,930.00 | 165,930.00 |
| *TOTAL PRE-PETITION LIABILITIES* | 1,574,463.00 | 1,574,463.00 |
| *TOTAL LIABILITIES* | 1,574,463.00 | 1,574,463.00 |

In re Robert Romanoff  
Debtor

Case No. 13-40002  
Reporting Period: 11/01/14-11/31/14

## SUMMARY OF UNPAID POST-PETITION DEBTS

Number of Days Past Due

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Mortgage | | x | x | x | x | 0 |
| Rent | | | | | | 0 |
| Secured Debt/Adequate Protection Payments | | | | | | 0 |
| Professional Fees | | | | | | 0 |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total Post-petition Debts | 0 | 0 | 0 | 0 | 0 | 0 |

Explain how and when the Debtor intends to pay any past due post-petition debts.

___

13-40002-reg    Doc 101    Filed 01/29/15    Entered 01/29/15 18:30:01    Main Document
Pg 9 of 18

In re Robert Romanoff  
Debtor

Case No. 13-40002  
Reporting Period: 11/01/14-11/31/14

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL PAYMENTS | | |

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

FORM MOR-5 (INDV)
2/2008
PAGE 1 OF 1

In re Robert Romanoff                                                                Case No. 13-40002
       Debtor                                                         Reporting Period:  11/01/14-11/31/14

# DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 2. Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 3. Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 4. Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 5. Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 6. Are any post petition State or Federal income taxes past due? | | X |
| 7. Are any post petition real estate taxes past due? | | X |
| 8. Are any other post petition taxes past due? | | X |
| 9. Have any pre-petition taxes been paid during this reporting period? | | X |
| 10. Are any amounts owed to post petition creditors delinquent? | | X |
| 11. Have any post petition loans been been received by the Debtor from any party? | | X |
| 12. Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 13. Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

November 01, 2014 through November 28, 2014

Account Number: 

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00090391 DRE 802 144 33314 NNNNNNNNNNN T 1 000000000 66 0000
ROBERT S ROMANOFF DIP
DEBTOR IN POSSESSION
CASE #13-23897
302A W 12TH ST # 118
NEW YORK NY 10014-7906

## CHECKING SUMMARY   Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $3,002.70 |
| Deposits and Additions | 10 | 41,539.00 |
| Checks Paid | 22 | -14,178.74 |
| Electronic Withdrawals | 6 | -26,843.49 |
| Fees and Other Withdrawals | 5 | -630.00 |
| **Ending Balance** | **43** | **$2,889.47** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/05 | Deposit   1371686067 | $3,000.00 |
| 11/05 | Online Transfer From Chk ...0022 Transaction#: 4251946079 | 500.00 |
| 11/13 | Book Transfer Credit B/O: James M Haddad Dba Law Office New York, NY 100195905 Ref: Robert S Romanoff, Dip, Return of Escrowed Funds/Bnf/Robert S Romanoff, Dip Trn: 3283900317Es | 25,339.00 |
| 11/13 | Deposit   1417088645 | 3,000.00 |
| 11/13 | Online Transfer From Chk ...0022 Transaction#: 4266525619 | 1,000.00 |
| 11/20 | Deposit   1417088649 | 3,000.00 |
| 11/24 | Online Transfer From Chk ...0022 Transaction#: 4285645539 | 1,400.00 |
| 11/26 | Deposit   1415585966 | 3,000.00 |
| 11/26 | Online Transfer From Chk ...0022 Transaction#: 4290244347 | 800.00 |
| 11/26 | Online Transfer From Chk ...0022 Transaction#: 4289838676 | 500.00 |
| **Total Deposits and Additions** | | **$41,539.00** |


**CHASE**

November 01, 2014 through November 28, 2014

Account Number:

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1273 ^ | | 11/04 | $32.00 |
| 1287 * ^ | | 11/18 | 350.00 |
| 1288 ^ | | 11/06 | 109.90 |
| 1289 ^ | | 11/06 | 102.08 |
| 1292 * ^ | | 11/03 | 850.00 |
| 1293 ^ | | 11/03 | 350.00 |
| 1294 ^ | | 11/05 | 400.00 |
| 1296 * ^ | | 11/07 | 650.00 |
| 1297 ^ | | 11/10 | 600.00 |
| 1298 ^ | | 11/10 | 300.00 |
| 1299 ^ | | 11/10 | 850.00 |
| 1300 ^ | | 11/13 | 100.00 |
| 1302 * ^ | | 11/13 | 550.00 |
| 1303 ^ | | 11/21 | 4,209.76 |
| 1304 ^ | | 11/17 | 850.00 |
| 1305 ^ | | 11/18 | 650.00 |
| 1306 ^ | | 11/20 | 350.00 |
| 1323 * ^ | | 11/24 | 950.00 |
| 1324 ^ | | 11/24 | 550.00 |
| 1325 ^ | | 11/26 | 550.00 |
| 1343 * ^ | | 11/20 | 400.00 |
| 1344 ^ | | 11/28 | 425.00 |

**Total Checks Paid** $14,178.74

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/03 | Holy Cross Energ Payment          PPD ID: 9775071990 | $280.32 |
| 11/05 | Public Storage I Rental    000000009734785 Web ID: 5953551121 | 450.47 |
| 11/05 | Public Storage I Rental    000000009734792 Web ID: 5953551121 | 450.47 |
| 11/05 | Public Storage I Rental    000000009734783 Web ID: 5953551121 | 406.60 |
| 11/13 | 11/13 Online Transfer To Chk ...0022 Transaction#: 4266071666 | 25,000.00 |
| 11/24 | Vz Wireless Vn  E Check   3966731       Tel ID: 0000751800 | 255.63 |

**Total Electronic Withdrawals** $26,843.49



**CHASE** 

November 01, 2014 through November 28, 2014
Account Number: 

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/03 | 11/01 Withdrawal | $250.00 |
| 11/10 | 11/08 Withdrawal | 300.00 |
| 11/24 | Insufficient Funds Fee For Check #1324 IN The Amount of $550.00 | 34.00 |
| 11/24 | Insufficient Funds Fee For A $255.63 Item - Details: Vz Wireless Vn  E Check   3966731 Tel ID: 0000751800 | 34.00 |
| 11/28 | Service Fee | 12.00 |
| **Total Fees & Other Withdrawals** | | **$630.00** |

You were charged a monthly service fee of $12.00 this period. You can avoid this fee in the future by maintaining a monthly minimum balance of $1,500.00. Your monthly minimum balance was -$423.00.



## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 11/03 | $1,272.38 | 11/17 | 2,959.86 |
| 11/04 | 1,240.38 | 11/18 | 1,959.86 |
| 11/05 | 3,032.84 | 11/20 | 4,209.86 |
| 11/06 | 2,820.86 | 11/21 | 0.10 |
| 11/07 | 2,170.86 | 11/24 | -423.53 |
| 11/10 | 120.86 | 11/26 | 3,326.47 |
| 11/13 | 3,809.86 | 11/28 | 2,889.47 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 29 |
| Deposits / Credits | 5 |
| Deposited Items | 4 |
| **Transaction Total** | **38** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $12.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$12.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$12.00** |



November 01, 2014 through November 28, 2014

Account Number: ▓▓▓▓▓▓▓▓▓▓▓▓

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:**      Step 1 Balance:  $_____

2. **List and total all deposits & additions  not shown on this statement:**

   Date        Amount          Date        Amount          Date        Amount
   _____  _____  _____  _____  _____  _____
   _____  _____  _____  _____  _____  _____
   _____  _____  _____  _____  _____  _____

                                                             Step 2 Total:   $_____

3. **Add Step 2 Total to Step 1 Balance.**                   Step 3 Total:   $_____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

   Check Number or Date     Amount          Check Number or Date     Amount
   _____  _____  _____  _____
   _____  _____  _____  _____
   _____  _____  _____  _____
   _____  _____  _____  _____
   _____  _____  _____  _____
   _____  _____  _____  _____
   _____  _____  _____  _____

                                                             Step 4 Total:   -$_____

5. **Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:**   $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



JPMorgan Chase Bank, N.A. Member FDIC



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

November 01, 2014 through November 28, 2014
Account Number: ▓▓▓▓▓▓▓▓▓

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00092019 DRE 802 144 33314 NNNNNNNNNNN T 1 000000000 66 0000
ROBERT S ROMANOFF DIP
DEBTOR IN POSSESSION
CASE #13-23897
302A W 12TH ST # 118
NEW YORK NY 10014-7906



## CHECKING SUMMARY  Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $525.00 |
| Deposits and Additions | 1 | 25,000.00 |
| Electronic Withdrawals | 5 | - 4,200.00 |
| Fees and Other Withdrawals | 1 | - 12.00 |
| Ending Balance | 7 | $21,313.00 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/13 | Online Transfer From Chk ...6082 Transaction#: 4266071666 | $25,000.00 |
| **Total Deposits and Additions** | | **$25,000.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/05 | 11/05 Online Transfer To Chk ...6082 Transaction#: 4251946079 | $500.00 |
| 11/13 | 11/13 Online Transfer To Chk ...6082 Transaction#: 4266525619 | 1,000.00 |
| 11/24 | 11/23 Online Transfer To Chk ...6082 Transaction#: 4285645539 | 1,400.00 |
| 11/26 | 11/26 Online Transfer To Chk ...6082 Transaction#: 4289838676 | 500.00 |
| 11/26 | 11/26 Online Transfer To Chk ...6082 Transaction#: 4290244347 | 800.00 |
| **Total Electronic Withdrawals** | | **$4,200.00** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/28 | Service Fee | $12.00 |
| **Total Fees & Other Withdrawals** | | **$12.00** |

You were charged a monthly service fee of $12.00 this period. You can avoid this fee in the future by maintaining a monthly minimum balance of $1,500.00. Your monthly minimum balance was $25.00.

Page 1 of 4

# CHASE 🟦

November 01, 2014 through November 28, 2014

Account Number:

## DAILY ENDING BALANCE

| DATE  | AMOUNT    |
|-------|-----------|
| 11/05 | $25.00    |
| 11/13 | 24,025.00 |
| 11/24 | 22,625.00 |
| 11/26 | 21,325.00 |
| 11/28 | 21,313.00 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 0 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **0** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $12.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$12.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$12.00** |

**CHASE** 

November 01, 2014 through November 28, 2014

Account Number: ▓▓▓▓▓▓▓▓▓▓▓▓

## BALANCING YOUR CHECKBOOK



**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:**  Step 1 Balance:  $_____

2. **List and total all deposits & additions  not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total:  $_____

3. **Add Step 2 Total to Step 1 Balance.**  Step 3 Total:  $_____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total:  -$_____

5. **Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:**  $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



EQUAL HOUSING
LENDER    JPMorgan Chase Bank, N.A. Member FDIC

Deutsche Bank Securities Inc.
Greenwich Office
One Pickwick Plaza, 3rd Floor
Greenwich, CT 06830
(203) 869-5555, (800) 327-4626

Your Client Advisor:
**FINK / GERMANN**
Phone: (203) 869-5555

# Consolidated Account Summary

Period Ending: 11/30/2014

* 00000088   02 SP   0.690 02   TR 00002 X802DA01 000000

ROBERT ROMANOFF
302A W 12TH ST
#118
NEW YORK NY 10014-7906

## Summary of Accounts

| Description | Account Number | Name | Prior Year-End Value | % of Assets | Previous Month Value | % of Assets | Current Month Value | % of Assets |
|---|---|---|---|---|---|---|---|---|
| Brokerage Account | | ROBERT ROMANOFF 302A W 12TH ST | 2,067.25 | 0.37% | 1,813.65 | 0.43% | 1,813.65 | 0.43% |
| Brokerage Account | | ROBERT ROMANOFF 302A W 12TH ST | 551,002.00 | 99.63% | 415,429.42 | 99.57% | 415,429.43 | 99.57% |
| **Total** | | | **$553,069.25** | **100.00%** | **$417,243.07** | **100.00%** | **$417,243.08** | **100.00%** |

Rated Excellent
Every Year Since 2007

Page 1 of 2
Clearing through Pershing LLC, a wholly owned subsidiary
of The Bank of New York Mellon Corporation (BNY Mellon)